UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

17 P 4:05

DISTRICT COURT
HARTFORD CT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

W.R., individually and on behalf of her minor son,
JOSEPH R.; SUSAN K.; M.O., individually and on
behalf of her minor son, OMAR S.; and on behalf
of all others similarly situated;

JEANNE MILSTEIN, CHILD ADVOCATE OF
THE STATE OF CONNECTICUT

    PLAINTIFFS

VS.                                                                               CIV. NO. 302CV429 (RNC)
CONNECTICUT DEPARTMENT OF CHILDREN
AND FAMILIES, and

DARLENE DUNBAR, in her official capacity as
Commissioner of the Connecticut Department of
Children and Families

    DEFENDANTS                                               November 14, 2003

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR CONTINUANCE

The intervening plaintiff in the above entitled action, hereby respectfully requests a continuance of this matter now scheduled for an argument for class certification hearing on November 25, 2003. The intervening plaintiff's daughter is undergoing surgery on her shoulder the same day as the scheduled hearing in this matter. Defendant's Counsel and Counsel for the other plaintiffs has no objection to this motion.

    Respectfully submitted,

    PLAINTIFFS

    JEANNE MILSTEIN
    CHILD ADVOCATE, STATE OF CONNECTICUT

By_____
Lori Welch-Rubin
Intervening plaintiff
Federal Bar No.  ct 09866
Engelman & Welch-Rubin, L.L.P.
195 Church Street, 11th floor
New Haven, CT 06510
(203)787-4249   FAX (203)785-8378

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed in accordance with Rule 5(b) of the

Federal Rules of Civil Procedure on this 14th day of November 2003, first class postage prepaid to:

Attorney Ann Louise Blanchard
Attorney Douglas Crockett
Attorney Bet Gailor
Connecticut Legal Services
872 Main Street
Willimantic, CT 06226
860-456-1761   Fax: 860-456-7420

Susan T. Pearlman
Assistant Attorney General
MacKenzie Hall
110 Sherman Street
Hartford, CT 06106
860-808-5480   Fax: 860-808-5595

_____
Lori Welch-Rubin
Commissioner of the Superior Court