UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

W.R., individually and on behalf of her minor son,
JOSEPH R.; SUSAN K.; M.O., individually and on
behalf of her minor son, OMAR S.; and on behalf
of all others similarly situated;

JEANNE MILSTEIN, CHILD ADVOCATE OF
THE STATE OF CONNECTICUT

**PLAINTIFFS**

VS.
CONNECTICUT DEPARTMENT OF CHILDREN
AND FAMILIES, and

CIV. NO. 302CV429 (RNC)

DARLENE DUNBAR, in her official capacity as
Commissioner of the Connecticut Department of
Children and Families

**DEFENDANTS**                                                   November 14, 2003

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR CONTINUANCE

The intervening plaintiff in the above entitled action, hereby respectfully requests a continuance of this matter now scheduled for an argument for class certification hearing on November 25, 2003. The intervening plaintiff's daughter is undergoing surgery on her shoulder the same day as the scheduled hearing in this matter. Defendant's Counsel and Counsel for the other plaintiffs has no objection to this motion.

Respectfully submitted,

PLAINTIFFS

JEANNE MILSTEIN
CHILD ADVOCATE, STATE OF CONNECTICUT

*(Margin annotation: The hearing is hereby rescheduled to December 22, 2003 at 2:00 p.m. Granted. November 20, 2003. So ordered. Robert N. Chatigny U.S.D.J.)*