United States District Court
District of Connecticut
FILED
12-22-03
By [signature]
Deputy Clerk

UNITED STATE DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| W.R., individually and on behalf of her Minor son, JOSEPH R.; SUSAN K.; M.O., individually and on behalf of her Minor son, OMAR S.; and on behalf of All others similarly situated, and<br><br>JEANNE MILSTEIN, CHILD ADVOCATE OF THE STATE OF CONNECTICUT<br>   Plaintiffs,<br><br>V.<br><br>CONNECTICUT DEPARTMENT OF CHILDREN AND FAMILES, and<br><br>DARLENE DUNBAR, in her official Capacity as Commissioner of the Connecticut Department of Children And Families<br>   Defendants. | CIVIL ACTION NO.<br>3:02CV429 (RNC)<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>DECEMBER 22, 2003 |

APPEARANCE

Please enter my appearance, in addition to the appearance of Assistant Attorney General Susan T. Pearlman which is already on file, on behalf of the Defendants, CONNECTICUT DEPARTMENT OF CHILDREN AND FAMILES, and DARLENE DUNBAR, in her official capacity as Commissioner of the Connecticut Department of Children and Families.

Dated at Hartford, Connecticut, this 22nd day of December, 2003.

BY: _____
Carolyn A. Signorelli
Assistant Attorney General
Office of the Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120
Tel.: (860) 808-5160
Fax: (860) 808-5384
E-Mail: Carolyn.Signorelli@po.state.ct.us

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing Appearance was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 22nd day of December, 2003, first class postage prepaid to:

Anne Louise Blanchard, Esquire
Douglas Crockett, Esquire
Bet Gailor, Esquire
Connecticut Legal Services
872 Main Street
Willimantic, Connecticut 06226

Attorney Lori Welch-Rubin
Engelman & Welch-Rubin, LLP
195 Church Street, 11th Floor
New Haven, Connecticut 06510

_____
Carolyn A. Signorelli