CT/cvmhrg (October 17, 2001)

HONORABLE **Chatigny**
DEPUTY CLERK **L. Kunofsky**    RPTR/ERO/TAPE **D. Warner**

TOTAL TIME: **1** hours **—** minutes

DATE **12-22-03**    START TIME **2:10**    END TIME **3:10**
LUNCH RECESS FROM ____ TO ____
RECESS FROM ____ TO ____ (if more than 1/2 hour)

**R., et al.**

CIVIL NO. **3:02CV429(RNC)**

vs.

**Children & Families, et al.**

☐ Plaintiffs Counsel
☑ SEE ATTACHED CALENDAR FOR COUNSEL
☐ Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☑ (mhrgh) Motion Hearing
☐ (confmhrg.) Confirmation Hearing
☐ (showhrg.) Show Cause Hearing
☐ (contmphrg.) Contempt Hearing
☐ (evidhrg.) Evidentiary Hearing
☐ (jgmdbexam.) Judgment Debtor Exam
☐ (pchrg.) Probable Cause Hearing
☐ (fairhrg.) Fairness Hearing
☐ (stlmthrg.) Settlement Hearing
☐ (mischrg.) Miscelaneous Hearing

MOTION DOCUMENT NO.

☑ #35 Motion **to Certify Class**    ☐ granted  ☐ denied  ☑ advisement
☐ # ___ Motion _____    ☐ granted  ☐ denied  ☐ advisement
☐ # ___ Motion _____    ☐ granted  ☐ denied  ☐ advisement
☐ # ___ Motion _____    ☐ granted  ☐ denied  ☐ advisement
☐ # ___ Motion _____    ☐ granted  ☐ denied  ☐ advisement
☐ # ___ Motion _____    ☐ granted  ☐ denied  ☐ advisement
☐ # ___ Motion _____    ☐ granted  ☐ denied  ☐ advisement
☐ Oral Motion _____    ☐ granted  ☐ denied  ☐ advisement
☐ Oral Motion _____    ☐ granted  ☐ denied  ☐ advisement
☐ Oral Motion _____    ☐ granted  ☐ denied  ☐ advisement
☐ Oral Motion _____    ☐ granted  ☐ denied  ☐ advisement

☐ Brief(s) due ____    ☐ Proposed Findings due ____    Response due ____

☑ **Appearance of C. Signorelli**    ☑ filed  ☐ docketed
☐ ____    ☐ filed  ☐ docketed
(additional filed/docketed rows, all unchecked)

☐ Hearing continued until ____ at ____

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Motion Hearing Calendar

Honorable Robert N. Chatigny, U.S.D.J.
450 Main Street
Hartford
Courtroom #3-ANNEX

Moved from
November 25, 2003 to

December 22, 2003
2:00

CASE NO. **3-02-cv-429(RNC)** R. et al., v. Children & Families, et al.,

Motion to Certify Class [doc. 35]

✓Anne Louise Blanchard
Douglas M. Crockett
✓Bet Gailor
Connecticut Legal Services
872 Main St., Po Box 258
Willimantic, CT 06226

✓Carolyn A. Signorelli
✓Susan T. Pearlman
Attorney General's Office
Child Protection
MacKenzie Hall, 110 Sherman St.
Room 305
Hartford, CT 06105

Victoria L. Veltri
Greater Hartford Legal Aid
999 Asylum Avenue
Hartford, CT 06105-2465

✓Lori Welch-Rubin
Engelman & Welch-Rubin
195 Church St.
11th Fl.
New Haven, CT 06510

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK