CT/cvmhrg (October 17, 2001)

HONORABLE _Chatigny_
DEPUTY CLERK _L. Kunofsky_  (RPTR)ERO/TAPE _D Warner_

TOTAL TIME: _1_ hours _—_ minutes

DATE _12-22-03_   START TIME _2:10_   END TIME _3:10_
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

_R., et al._

CIVIL NO. _3:02CV429(RNC)_

vs.

☑ SEE ATTACHED CALENDAR FOR COUNSEL

_Children & Families, et al._

Plaintiffs Counsel

Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

- ☑ (mhrgh) Motion Hearing
- ☐ (confmhrg.) Confirmation Hearing
- ☐ (showhrg.) Show Cause Hearing
- ☐ (contmphrg.) Contempt Hearing
- ☐ (evidhrg.) Evidentiary Hearing
- ☐ (jgmdbexam.) Judgment Debtor Exam
- ☐ (pchrg.) Probable Cause Hearing
- ☐ (fairhrg.) Fairness Hearing
- ☐ (stlmthrg.) Settlement Hearing
- ☐ (mischrg.) Miscelaneous Hearing

MOTION DOCUMENT NO.

| | | | granted | denied | advisement |
|---|---|---|---|---|---|
| ☑ #35 | Motion _to Certify Class_ | | ☐ | ☐ | ☑ |
| ☐ # | Motion | | ☐ | ☐ | ☐ |
| ☐ # | Motion | | ☐ | ☐ | ☐ |
| ☐ # | Motion | | ☐ | ☐ | ☐ |
| ☐ # | Motion | | ☐ | ☐ | ☐ |
| ☐ # | Motion | | ☐ | ☐ | ☐ |
| ☐ # | Motion | | ☐ | ☐ | ☐ |
| ☐ | Oral Motion | | ☐ | ☐ | ☐ |
| ☐ | Oral Motion | | ☐ | ☐ | ☐ |
| ☐ | Oral Motion | | ☐ | ☐ | ☐ |
| ☐ | Oral Motion | | ☐ | ☐ | ☐ |

☐ Brief(s) due _____ ☐ Proposed Findings due _____ Response due _____

☑ _Appearance of C. Signorelli_   ☑ filed ☐ docketed

☐ filed ☐ docketed (×9)

Hearing continued until _____ at _____

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Motion Hearing Calendar

Honorable Robert N. Chatigny, U.S.D.J.
450 Main Street
Hartford
Courtroom #3-ANNEX

Moved from
November 25, 2003 to

December 22, 2003
2:00

CASE NO. **3-02-cv-429(RNC)** R. et al., v. Children & Families, et al.,

Motion to Certify Class [doc. 35]

✓Anne Louise Blanchard
Douglas M. Crockett
✓Bet Gailor
Connecticut Legal Services
872 Main St., Po Box 258
Willimantic, CT 06226

✓Carolyn A. Signorelli
~~Susan T. Pearlman~~
Attorney General's Office
Child Protection
MacKenzie Hall, 110 Sherman St.
Room 305
Hartford, CT 06105

Victoria L. Veltri
Greater Hartford Legal Aid
999 Asylum Avenue
Hartford, CT 06105-2465

✓Lori Welch-Rubin
Engelman & Welch-Rubin
195 Church St.
11th Fl.
New Haven, CT 06510

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK