UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| W.R., individually and on behalf of her minor son, JOSEPH R.; SUSAN K.; M.O., individually and on behalf of her minor son, OMAR S.; and on behalf of all others similarly situated, and | ) ) ) ) ) ) | |
| JEANNE MILSTEIN, CHILD ADVOCATE OF THE STATE OF CONNECTICUT | ) ) ) | |
| PLAINTIFFS | ) ) | |
| V. | ) ) | CIV. NO. 302CV429 (RNC) |
| CONNECTICUT DEPARTMENT OF CHILDREN AND FAMILIES, and | ) ) ) | |
| DARLENE DUNBAR, in her official capacity as Commissioner of the Connecticut Department of Children and Families, | ) ) ) ) | |
| DEFENDANTS | ) | January 6, 2004 |

**Motion For Permission To File Post-Oral Argument Memorandum**

Pursuant to Fed. Rule of Civil Procedure Rule 7(b) and Local Rule 7(a), plaintiffs respectfully request permission to file a post-oral argument memorandum for the reasons set forth below.

1)  On December 22, 2003, the parties appeared beford the court for oral argument on Plaintiffs' Motion for Class Certification.  During the oral argument, the court requested that plaintiffs provide to the court scholarly information regarding the nation-wide trend toward providing the small community-based placements which are at

**Oral Argument not Requested**

issue in the instant suit. Plaintiffs have done so in their memorandum.

2) During oral argument, additional questions arose concerning the specific definition of a community-based placement. Plaintiffs seek to respond to those questions briefly in the accompanying memorandum, as well.

3) Finally, plaintiffs wish to confirm the amended class definition presented during their oral argument.

For all of these reasons, plaintiffs respectfully request that the court grant them permission to respond to the court's questions by filing the accompanying memorandum.

Respectfully submitted,

_____
Bet Gailor
Fed. Bar No. 01981
Anne Louise Blanchard
Federal Bar No. ct 08718
Connecticut Legal Services
872 Main Street
Willimantic, Connecticut  06226
Telephone:  (860) 456-1761
Fax: 860 456-7420
e-mail: bgailor@connlegalservices.org

CERTIFICATION

I certify that a copy of the foregoing Memorandum was mailed, postage prepaid, to the following counsel of record on the 6th day of January, 2004.

Attorney Susan T. Pearlman
Assistant Attorney General
MacKenzie Hall
110 Sherman Street
Hartford, CT 06106

Attorney Carolyn Signorelli
Assistant Attorney General
55 Elm Street
Hartford, CT 06105

Attorney Lori Welch-Rubin
Engelman & Welch-Rubin, LLP
195 Church St., 11th Floor
New Haven, CT 06510

_____
Bet Gailor