UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF CONNECTICUT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

W.R., individually and on behalf of her minor son, JOSEPH R.; SUSAN K.; M.O., individually and on behalf of her minor son, OMAR S.; and on behalf of all others similarly situated

    PLAINTIFFS

VS.                                                          CIV. NO. 302CV429 RNC
CONNECTICUT DEPARTMENT OF CHILDREN AND FAMILIES, and

DARLENE DUNBAR, in her official capacity as Commissioner of the Connecticut Department of Children and Families

    DEFENDANTS                                     January 20, 2004

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**Motion for Permission To Extend Discovery**

    The parties jointly request leave of the court to extend the discovery time period until April 1, 2004. This request is due to the fact that the parties need additional time to conclude depositions. This is the parties' second motion to extend the discovery time period.

1

By_____
  Anne Louise Blanchard,
  Connecticut Legal Services
  Federal Bar No. ct 08718
  872 Main Street
  Willimantic, Connecticut  06226
  Telephone:  (860) 456-1761
  Fax:: 860 456-7420
  Ablanchard@connlegalservices.org

CERTIFICATION

I certify that a copy of the foregoing Motion was mailed, by United States mail, postage prepaid, to the following counsel of record on this 20th day of January, 2003:

Attorney Susan T. Pearlman
Assistant Attorney General
MacKenzie Hall
110 Sherman Street
Hartford, CT 06106

Attorney Lori Welch-Rubin
Engelman & Welch-Rubin, LLP
195 Church Street, 11th Floor
New Haven, CT 06510

Attorney Carolyn Signorelli
Assistant Attorney General
55 Elm Street
Hartford, CT 06105

_____
Anne Louise Blanchard