UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| W.R., individually and on behalf of her minor son, JOSEPH R.; SUSAN K.; M.O., individually and on behalf of her minor son, OMAR S.; and on behalf of all others similarly situated, and <br><br> JEANNE MILSTEIN, CHILD ADVOCATE OF THE STATE OF CONNECTICUT <br><br> PLAINTIFFS <br><br> V. <br><br> CONNECTICUT DEPARTMENT OF CHILDREN AND FAMILIES, and <br><br> DARLENE DUNBAR, in her official capacity as Commissioner of the Connecticut Department of Children and Families, <br><br> DEFENDANTS | CIV. NO. 302CV429 (RNC) <br><br><br><br> January 6, 2004 |

**Motion For Permission To File Post-Oral Argument Memorandum**

Pursuant to Fed. Rule of Civil Procedure Rule 7(b) and Local Rule 7(a), plaintiffs respectfully request permission to file a post-oral argument memorandum for the reasons set forth below.

1) On December 22, 2003, the parties appeared beford the court for oral argument on Plaintiffs' Motion for Class Certification. During the oral argument, the court requested that plaintiffs provide to the court scholarly information regarding the nation-wide trend toward providing the small community-based placements which are at

**Oral Argument not Requested**