51

UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF CONNECTICUT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

W.R., individually and on behalf of her minor son,
JOSEPH R.; SUSAN K.; M.O., individually and on
behalf of her minor son, OMAR S.; and on behalf
of all others similarly situated

PLAINTIFFS

VS.                                                                          CIV. NO. 302CV429 RNC
CONNECTICUT DEPARTMENT OF CHILDREN                                                         RKW
AND FAMILIES, and

DARLENE DUNBAR, in her official capacity as
Commissioner of the Connecticut Department of
Children and Families

DEFENDANTS                                                             January 20, 2004

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**Motion for Permission To Extend Discovery**

The parties jointly request leave of the court to extend the discovery time period until April 1, 2004. This request is due to the fact that the parties need additional time to conclude depositions. This is the parties' second motion to extend the discovery time period.

1/23/04 forward to wheel.

FILED
2004 JAN 26 A 25
U.S. DISTRICT COURT
HARTFORD, CT

1