UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF CONNECTICUT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

W.R., individually and on behalf of her minor son,
JOSEPH R.; SUSAN K.; M.O., individually and on
behalf of her minor son, OMAR S.; and on behalf
of all others similarly situated;

JEANNE MILSTEIN, CHILD ADVOCATE OF
THE STATE OF CONNECTICUT

    PLAINTIFFS

VS.

                                                       CIV. NO. 302CV429 RNC

CONNECTICUT DEPARTMENT OF CHILDREN
AND FAMILIES, and

DARLENE DUNBAR, in her official capacity as
Commissioner of the Connecticut Department of
Children and Families

    DEFENDANTS                                  January 20, 2004

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**Joint Status Report**

Per the Court's Order Regarding Case Management Plan, dated May 21, 2002,

the parties submit the following Joint Status Report:

1) Since the last Joint Status Report of August 14, 2003, the parties have

deposed nine expert and lay witnesses and exhanged interrogatories and

1

requests for production of documents.

2) The parties have agreed to exchange amended witness lists by January 30, 2004.

3) The parties anticipate concluding depositions in this case by March 15th, 2004.

4) The parties expect to conclude discovery in this case by March 31st, 2004.

5) The Court heard oral argument on Plaintiffs' Motion for Class Certification on December 22, 3003.

6) The parties are jointly requesting an extension of discovery until April 1, 2004.

By_____
Anne Louise Blanchard,
Connecticut Legal Services, Inc.
872 Main Street
Willimantic, Connecticut  06226
Telephone:  (860) 456-1761
Fax:: 860 456-7420
ablanchard@connlegalservices.org
Federal Bar No. ct 08718

By: Susan T. Pearlman
Assistant Attorney General
MacKenzie Hall
110 Sherman Street
Hartford, CT 06106

CERTIFICATION

I certify that a copy of the foregoing Joint Status Report was mailed, by United States mail, postage prepaid, to the following counsel of record on this 20th day of January, 2004:

Attorney Susan T. Pearlman
Assistant Attorney General
MacKenzie Hall
110 Sherman Street
Hartford, CT 06106

Attorney Lori Welch-Rubin
Engelman & Welch-Rubin, LLP
195 Church Street, 11th Floor
New Haven, CT 06510

Attorney Carolyn Signorelli
Assistant Attorney General
55 Elm Street
Hartford, CT 06105

_____
Anne Louise Blanchard