# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FILED

2004 MAR 30 P ⋯ 8

## APPEARANCE

U.S. DISTRICT COURT
HARTFORD, CT.

CASE NUMBER:       3:02CV429 RNC

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Plaintiffs:    W.R., individually and on behalf of her minor son, JOSEPH R.;
SUSAN K.; and
M.O., individually and on behalf of her minor son, OMAR S.

March 29, 2004
Date

ct 02059
Connecticut Federal Bar Number

(203) 336-3851
Telephone Number

(203)333-4976
Fax Number

cwilliams@connlegalservices.org
E-mail address

Catherine L. Williams

Connecticut Legal Services, Inc.

211 State Street,

Bridgeport, CT  06604

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on March 29, 2004 to the following:

Attorney Susan T. Pearlman
Assistant Attorney General
MacKenzie Hall
110 Sherman Street
Hartford, CT 06106

Attorney Carolyn Signorelli
Assistant Attorney General
55 Elm Street
Hartford, CT 06106

Attorney Lori Welch-Rubin
Engelman & Welch-Rubin, LLP
195 Church Street, 11th Floor
New Haven, CT 06510

Catherine L. Williams