UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF CONNECTICUT

* * * * * * * * * * * * * * * * * * * *

W.R., individually and on behalf of her minor son,
JOSEPH R.; SUSAN K.; M.O., individually and on
behalf of her minor son, OMAR S.; and on behalf
of all others similarly situated

    PLAINTIFFS

VS.                                                    CIV. NO. 302CV429 RNC
CONNECTICUT DEPARTMENT OF CHILDREN
AND FAMILIES, and

DARLENE DUNBAR, in her official capacity as
Commissioner of the Connecticut Department of
Children and Families

    DEFENDANTS                                    February 3, 2005

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**Motion for Permission To Extend Discovery**

    The parties jointly request leave of the court to extend the discovery time period until July 1, 2005. The request is due to the fact that the instant suit involved claims for three separate plaintiffs, the fact that plaintiffs are challenging systemic issues with the Department of Children and Families, and the fact that many of the depositions involved out-of-state expert witnesses as well as state officials. Although the majority of the depositions, interrogatories

1

and requests for production are complete, the parties are requesting additional time to conclude requests for admissions and for the filing of dispositive motions. This is the third joint motion to extend the discovery time period.

By_____/s/_____
  Anne Louise Blanchard,
  Connecticut Legal Services
  Federal Bar No. ct 08718
  872 Main Street
  Willimantic, Connecticut  06226
  Telephone:  (860) 456-1761
  Fax:: 860 456-7420
  Ablanchard@connlegalservices.org

CERTIFICATION

I certify that a copy of the foregoing Motion was mailed, by United States mail, postage prepaid, to the following counsel of record on this 4th day of February, 2004:

Attorney Susan T. Pearlman
Assistant Attorney General
MacKenzie Hall
110 Sherman Street
Hartford, CT 06106

Attorney Lori Welch-Rubin
Engelman & Welch-Rubin, LLP
195 Church Street, 11th Floor
New Haven, CT 06510

Attorney Carolyn Signorelli
Assistant Attorney General
55 Elm Street
Hartford, CT 06105

___/s/_____
Anne Louise Blanchard