UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF CONNECTICUT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

W.R., individually and on behalf of her minor son, JOSEPH R.; SUSAN K.; M.O., individually and on behalf of her minor son, OMAR S.; and on behalf of all others similarly situated;

JEANNE MILSTEIN, CHILD ADVOCATE OF
THE STATE OF CONNECTICUT

    PLAINTIFFS

VS.

                                          CIV. NO. 302CV429 RNC

CONNECTICUT DEPARTMENT OF CHILDREN
AND FAMILIES, and

DARLENE DUNBAR, in her official capacity as
Commissioner of the Connecticut Department of
Children and Families

    DEFENDANTS                                  February 4, 2005

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**Joint Status Report**

Per the Court's Order Regarding Case Management Plan, dated May 21, 2002,

the parties submit the following Joint Status Report:

1) Since the last Joint Status Report of January 20, 2004, the parties have

concluded 18 depositions of expert and lay witnesses and completed the

1

exchange of interrogatories and requests for production of documents. One deposition remains.

2) The parties have agreed to exchange requests for admissions by April 1, 2005.

3) Plaintiffs will file a motion for class certification by May 1, 2005.

4) The parties have agreed to exchange response to requests for admissions by June 1, 2005.

5) The parties anticipate the exchange of request for admissions will greatly streamline the filing of the pre-trial memorandum in this matter.

6  The parties agree to file all dispositive motions by July 1, 2005.

7) Consequently, the parties are jointly requesting an extension of discovery until July 1, 2005.


By_____/s/_____
Anne Louise Blanchard,
Connecticut Legal Services, Inc.
872 Main Street
Willimantic, Connecticut  06226
Telephone:  (860) 456-1761
Fax:: 860 456-7420
ablanchard@connlegalservices.org
Federal Bar No. ct 08718

By: Susan T. Pearlman
Assistant Attorney General
MacKenzie Hall
110 Sherman Street
Hartford, CT 06106

CERTIFICATION

I certify that a copy of the foregoing Joint Status Report was mailed, by United States mail, postage prepaid, to the following counsel of record on this 4th day of February, 2005:

Attorney Susan T. Pearlman
Assistant Attorney General
MacKenzie Hall
110 Sherman Street
Hartford, CT 06106

Attorney Lori Welch-Rubin
Engelman & Welch-Rubin, LLP
195 Church Street, 11th Floor
New Haven, CT 06510

Attorney Carolyn Signorelli
Assistant Attorney General
55 Elm Street
Hartford, CT 06105


_____/s/_____
Anne Louise Blanchard