UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF CONNECTICUT

FILED

2005 FEB -7  A 11: 55

U.S. DISTRICT COURT
HARTFORD, CT.

* * * * * * * * * * * * * * * * * *

W.R., individually and on behalf of her minor son,
JOSEPH R.; SUSAN K.; M.O., individually and on
behalf of her minor son, OMAR S.; and on behalf
of all others similarly situated

**PLAINTIFFS**

VS.

CONNECTICUT DEPARTMENT OF CHILDREN
AND FAMILIES, and

DARLENE DUNBAR, in her official capacity as
Commissioner of the Connecticut Department of
Children and Families

**DEFENDANTS**

CIV. NO. 302CV429 RNC

February 3, 2005

* * * * * * * * * * * * * * * * * * * * * * * * *

**Motion for Permission To Extend Discovery**

The parties jointly request leave of the court to extend the discovery time

---

February 9, 2005.    R., et al. v. Conn. Dep't of Children & Famillies, et al.
                     3:02CV00429 (RNC)

Re: Motion for Permission to Extend Discovery (Doc. # 57)

Granted.  Further motions to extend the discovery deadline will be viewed
with disfavor and are unlikely to be granted.  So ordered.

Robert N. Chatigny, U.S.D.J.

02cv429end57