UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| W.R., individually and on behalf of her minor son, JOSEPH R.; SUSAN K.; M.O., individually and on behalf of her minor son, OMAR S.; and on behalf of all others similarly situated, and<br><br>JEANNE MILSTEIN, CHILD ADVOCATE OF THE STATE OF CONNECTICUT<br><br>PLAINTIFFS<br><br>V.<br><br>CONNECTICUT DEPARTMENT OF CHILDREN AND FAMILIES, and<br><br>DARLENE DUNBAR, in her official capacity As Commissioner of the Connecticut Department of Children and Families,<br><br>DEFENDANTS | <br><br><br><br><br><br><br><br><br>CIV. NO. 302CV429 (RNC)<br><br><br><br><br><br><br><br>June 3, 2005 |

Plaintiffs' Request for Extension of Time to
Reply to Defendants' Objection
To Plaintiffs' Second Motion for Class Certification

Pursuant to FRCP 6(b) and LRCP 7b, plaintiffs respectfully request an extension of time of three weeks from June 7 to June 28, 2005 in which to respond to the defendants' Objection to Plaintiffs' Second Motion for Class Certification. In support thereof, plaintiffs state the following:

1. This is plaintiffs' first request for extension of time to respond to

Oral Argument not Requested
Testimony not Required

defendants' motion.

2. In light of filing deadlines in other matters pending in this court and at the United States Court of Appeals for the Second Circuit that coincide with the filing deadlines in this case, plaintiffs require additional time to address the issues raised by defendants in their objection.

3. The undersigned contacted Attorney Susan Pearlman, who indicated she has no objection to the granting of this motion.

Wherefore, plaintiffs respectfully request that their Motion for Extension of Time be granted.

                                                PLAINTIFFS,

By:   Bet Gailor
       Fed. Bar No. ct01981
       Connecticut Legal Services, Inc.
       872 Main Street, P. O. Box 258
       Willimantic, Connecticut 06226
       Tel.: (860) 456-1761
       Fax: 860 456-7420
       bgailor@connlegalservices.org

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following counsel of record in accordance with Rule 5(b) of the FRCP on this 3d day of June, 2005 to:

Attorney Susan Pearlman
MacKenzie Hall
110 Sherman Street
Hartford, CT 06105

Attorney Carolyn A. Signorelli
Assistant Attorney General
55 Elm Street
Hartford, CT 06106
Phone: 860 808-5160
Fax: 860 808-5384

Attorney Lori Welch-Rubin
129 Whitney Avenue
New Haven, CT 06515
Phone: 203 772-6680
Fax: 203 772-2194

_____
Bet Gailor