UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| W.R., individually and on behalf of her minor son, JOSEPH R.; SUSAN K.; M.O., individually and on behalf of her minor son, OMAR S.; and on behalf of all others similarly situated, and<br><br>JEANNE MILSTEIN, CHILD ADVOCATE OF THE STATE OF CONNECTICUT<br><br>    PLAINTIFFS<br><br>V.<br><br>CONNECTICUT DEPARTMENT OF CHILDREN AND FAMILIES, and<br><br>DARLENE DUNBAR, in her official capacity As Commissioner of the Connecticut Department of Children and Families,<br><br>    DEFENDANTS | CIV. NO. 302CV429 (RNC)<br><br><br><br>June 27, 2005 |

Plaintiffs' Request for Permission To File Reply Memorandum

On June 3, 2005, plaintiffs requested an extension of time to June 28, 2005 in which to respond to the defendants' Objection to Plaintiffs' Second Motion for Class Certification. It was the plaintiffs' first request for extension of time to respond to defendants' motion and defendants had no objection to the extension. The court has not yet ruled on the request for an extension of time. Therefore, plaintiffs respectfully request that the court grant them permission to file the Reply Memorandum submitted contemporaneously herewith.

PLAINTIFFS,

By: *[signature: Bet Gailor]*
    Bet Gailor
    Fed. Bar No. ct01981
    Connecticut Legal Services, Inc.
    872 Main Street, P. O. Box 258
    Willimantic, Connecticut 06226
    Tel.: (860) 456-1761
    Fax: 860 456-7420
    bgailor@connlegalservices.org

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following counsel of record in accordance with Rule 5(b) of the FRCP on this 27th day of June, 2005 to:

Attorney Susan Pearlman
MacKenzie Hall
110 Sherman Street
Hartford, CT 06105

Attorney Carolyn A. Signorelli
Assistant Attorney General
55 Elm Street
Hartford, CT 06106
Phone: 860 808-5160
Fax: 860 808-5384

Attorney Lori Welch-Rubin
129 Whitney Avenue
New Haven, CT 06515
Phone: 203 772-6680
Fax: 203 772-2194

_____
Bet Gailor