UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

2005 JUN 29 P 12: 21

| | |
|---|---|
| W.R., individually and on behalf of her minor son, JOSEPH R.; SUSAN K.; M.O., individually and on behalf of her minor son, OMAR S.; and on behalf of all others similarly situated;<br><br>JEANNE MILSTEIN, CHILD ADVOCATE OF THE STATE OF CONNECTICUT<br>    *Plaintiffs,*<br><br>VS.<br><br>CONNECTICUT DEPARTMENT OF CHILDREN AND FAMILIES, and<br><br>DARLENE DUNBAR, in her official capacity as Commissioner of the Connecticut Department of Children and Families<br>    *Defendants.* | CIV NO. 302CV429 (RNC)<br><br><br><br>JUNE 28, 2005 |

**DEFENDANTS' REQUEST FOR EXTENSION OF TIME
TO FILE MOTION FOR SUMMARY JUDGMENT**

Defendants respectfully request an extension of time of three weeks from July 1 to July 22, 2005 in which to submit a dispositive motion, namely a motion for summary judgment. In support thereof, defendants state the following:

1. This is defendants' first request for extension of time to submit a motion for summary judgment.

2. In light of court proceedings, appeals and other matters pending in this court, defendants require additional time to properly prepare their motion for summary judgment.

**ORAL ARGUMENT NOT REQUESTED
TESTIMONY NOT REQUIRED**

3. The undersigned contacted Attorney Anne Blanchard, who indicated she has no objection to the granting of this motion.

WHEREFORE, defendants respectfully request that their Motion for Extension of Time be granted.

                    THE DEFENDANTS
                    STATE OF CONNECTICUT

                    RICHARD BLUMENTHAL
                    ATTORNEY GENERAL

BY:   Susan T. Pearlman
       Assistant Attorney General
       110 Sherman Street
       Hartford, Connecticut 06106
       Tel. (860) 808-5480
       Fax: (860) 808-5590
       Federal Bar No. ct085361
       E-mail: Susan.Pearlman@po.state.ct.us

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 28th day of June, 2005, postage prepaid to:

Attorney Carolyn A. Signorelli
Assistant Attorney General
55 Elm Street
Hartford, CT 06106
Phone: 860 808-5160
Fax: 860 808-5384

Attorney Catherine L. Williams
Connecticut Legal Services
211 State Street
Bridgeport, CT 06604
Phone: 203 336-3851
Fax: 203 333-49776

Attorney Lori Welch-Rubin
129 Whitney Avenue
New Haven, CT 06515
Phone: 203 772-6680
Fax: 203 772-2194

Attorney Bet Gailor
Attorney Anne Louise Blanchard
Connecticut Legal Services
872 Main Street
Willimantic, CT 06226
Phone: 860 451761
Fax: 860 456-7420

Susan T. Pearlman
Assistant Attorney General