UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| W.R., ET. AL. | : | CIVIL ACTION NO. |
| *Plaintiffs* | : | 3:02CV429(RNC) |
| | : | |
| v. | : | |
| | | |
| CONNECTICUT DEPARTMENT OF<br>CHILDREN and FAMILIES, ET AL., | : | : |
| | | |
| *Defendant* | : | JULY 7, 2005 |

### STATE DEFENDANTS' MOTION FOR LEAVE
### TO FILE A SUR-REPLY BRIEF AS TO
### PLAINTIFF'S REQUEST FOR PERMISSION TO FILE REPLY MEMORANDUM

The State Defendants moves the Court, the Honorable Robert N. Chatigny, S.U.S.D.J., for leave to file a Sur-Reply Brief on or before July 6, 2005.

On June 27, 2005, plaintiffs filed a Request for Permission to file a Reply Memorandum to the defendants' Objection to Plaintiff's Second Motion for Class Certification. On June 27, 2005, the plaintiffs also filed their Reply to State Defendants' Objection to plaintiff's Second Motion for Class Certification. The State Defendants' now come to the Court for leave to file a sur-reply in response to plaintiffs' Reply.

This is the first request for leave to file a sur-reply brief.

The undersigned left a message for Attorney Gailor and was not able to ascertain her position on this motion.

WHEREFORE, the defendants respectfully request permission to file the attached Sur-Reply.

DEFENDANTS,

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Carolyn A. Signorelli
Assistant Attorney General
Federal Bar No. ct17534
55 Elm Street
P.O. Box 120
Hartford, CT  06141-0120
Tel: (860) 808-5160
Fax: (860) 808-5384
E-mail:  Carolyn.signorelli@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing  STATE DEFENDANT'S MOTION FOR LEAVE TO FILE SUR-REPLY  was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 7th day of July, 2005,  first class postage prepaid to:

Bet Gailor, Esq.
Connecticut Legal Services, Inc.
872 Main Street
P.O. Box 258
Willimantic, CT  06226

Lori Welch-Rubin, Esq,
129 Whitney Avenue
New Haven, CT 06515

Susan Pearlman, AAG.
Office of the Attorney General
MacKenzie Hall
110 Sherman Street
Hartford, CT  06105

This case has not been designated for e-filing.

                                                    Carolyn A. Signorelli
                                                    Assistant Attorney General