# UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| W.R., individually and on behalf of her minor son, JOSEPH R.; SUSAN K.; M.O., individually and on behalf of her minor son, OMAR S.; and on behalf of all others similarly situated, and <br><br> JEANNE MILSTEIN, CHILD ADVOCATE OF THE STATE OF CONNECTICUT <br><br> PLAINTIFFS <br><br> V. <br><br> CONNECTICUT DEPARTMENT OF CHILDREN AND FAMILIES, and <br><br> DARLENE DUNBAR, in her official capacity As Commissioner of the Connecticut Department of Children and Families, <br><br> DEFENDANTS | <br><br><br><br><br><br><br><br><br><br><br><br> CIV. NO. 302CV429 (RNC) <br><br><br><br><br><br><br><br><br><br> June 27, 2005 |

July 6, 2005. Granted. So ordered.
Robert N. Chatigny, U.S.D.J.

### Plaintiffs' Request for Permission To File Reply Memorandum

On June 3, 2005, plaintiffs requested an extension of time to June 28, 2005 in which to respond to the defendants' Objection to Plaintiffs' Second Motion for Class Certification. It was the plaintiffs' first request for extension of time to respond to defendants' motion and defendants had no objection to the extension. The court has not yet ruled on the request for an extension of time. Therefore, plaintiffs respectfully request that the court grant them permission to file the Reply Memorandum submitted contemporaneously herewith.