UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

W.R., individually and on behalf of her
minor son, JOSEPH R.; SUSAN K.; M.O.,
individually and on behalf of her minor
son, OMAR S.; and on behalf of all
others similarly situated;

JEANNE MILSTEIN, CHILD
ADVOCATE OF THE STATE OF
CONNECTICUT
    *Plaintiffs,*

VS.

CONNECTICUT DEPARTMENT OF
CHILDREN AND FAMILIES, and

DARLENE DUNBAR, in her official
capacity as Commissioner of the
Connecticut Department of Children and
Families
    *Defendants.*

CIV NO. 302CV429 (RNC)

JUNE 28, 2005

**DEFENDANTS' REQUEST FOR EXTENSION OF TIME**
**TO FILE MOTION FOR SUMMARY JUDGMENT**

Defendants respectfully request an extension of time of three weeks from July 1 to July 22, 2005 in which to submit a dispositive motion, namely a motion for summary judgment. In support thereof, defendants state the following:

1.    This is defendants' first request for extension of time to submit a motion for summary judgment.

2.    In light of court proceedings, appeals and other matters pending in this court, defendants require additional time to properly prepare their motion for summary judgment.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

*[Handwritten annotations in left margin: "So ordered. Granted. July 6, 2005. Robert N. Chatigny, U.S.D.J."]*