UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| W.R., individually and on behalf of her minor son, JOSEPH R.; SUSAN K.; M.O., individually and on behalf of her minor son, OMAR S.; and on behalf of all others similarly situated, and<br><br>JEANNE MILSTEIN, CHILD ADVOCATE OF THE STATE OF CONNECTICUT<br><br>PLAINTIFFS<br><br>V.<br><br>CONNECTICUT DEPARTMENT OF CHILDREN AND FAMILIES, and<br><br>DARLENE DUNBAR, in her official capacity As Commissioner of the Connecticut Department of Children and Families,<br><br>DEFENDANTS | CIV. NO. 302CV429 (RNC)<br><br><br><br>June 3, 2005 |

Granted. So ordered.
Robert N. Chatigny, U.S.D.J.
July 7, 2005.

Plaintiffs' Request for Extension of Time to
Reply to Defendants' Objection
To Plaintiffs' Second Motion for Class Certification

Pursuant to FRCP 6(b) and LRCP 7b, plaintiffs respectfully request an extension of time of three weeks from June 7 to June 28, 2005 in which to respond to the defendants' Objection to Plaintiffs' Second Motion for Class Certification. In support thereof, plaintiffs state the following:

1. This is plaintiffs' first request for extension of time to respond to

Oral Argument not Requested
Testimony not Required