UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| W.R., individually and on behalf of her minor son, JOSEPH R.; SUSAN K.; M.O., individually and on behalf of her minor son, OMAR S.; and on behalf of all others similarly situated; | 2005 JUN 29  P 12: 21 |
| JEANNE MILSTEIN, CHILD ADVOCATE OF THE STATE OF CONNECTICUT | |
| *Plaintiffs,* | |
| VS. | CIV NO. 302CV429 (RNC) |
| CONNECTICUT DEPARTMENT OF CHILDREN AND FAMILIES, and | |
| DARLENE DUNBAR, in her official capacity as Commissioner of the Connecticut Department of Children and Families | |
| *Defendants.* | JUNE 28, 2005 |

**DEFENDANTS' REQUEST FOR EXTENSION OF TIME
TO FILE MOTION FOR SUMMARY JUDGMENT**

Defendants respectfully request an extension of time of three weeks from July 1 to July 22, 2005 in which to submit a dispositive motion, namely a motion for summary judgment. In support thereof, defendants state the following:

1. This is defendants' first request for extension of time to submit a motion for summary judgment.

2. In light of court proceedings, appeals and other matters pending in this court, defendants require additional time to properly prepare their motion for summary judgment.

**ORAL ARGUMENT NOT REQUESTED
TESTIMONY NOT REQUIRED**

July 6, 2005. Granted. So ordered.
Robert N. Chatigny, U.S.D.J.