UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| W.R., ET. AL. | : | |
| *Plaintiffs* | : | CIVIL ACTION NO. 3:02CV429(RNC) |
| v. | : | |
| CONNECTICUT DEPARTMENT OF CHILDREN and FAMILIES, ET AL., | : | : |
| *Defendant* | : | JULY 7, 2005 |

**STATE DEFENDANTS' MOTION FOR LEAVE
TO FILE A SUR-REPLY BRIEF AS TO
PLAINTIFF'S REQUEST FOR PERMISSION TO FILE REPLY MEMORANDUM**

The State Defendants moves the Court, the Honorable Robert N. Chatigny, S.U.S.D.J., for leave to file a Sur-Reply Brief on or before July 6, 2005.

On June 27, 2005, plaintiffs filed a Request for Permission to file a Reply Memorandum to the defendants' Objection to Plaintiff's Second Motion for Class Certification. On June 27, 2005, the plaintiffs also filed their Reply to State Defendants' Objection to plaintiff's Second Motion for Class Certification. The State Defendants' now come to the Court for leave to file a sur-reply in response to plaintiffs' Reply.

This is the first request for leave to file a sur-reply brief.

The undersigned left a message for Attorney Gailor and was not able to ascertain her position on this motion.

WHEREFORE, the defendants respectfully request permission to file the attached Sur-Reply.

July 12, 2005. Granted. So ordered.

Robert N. Chatigny U.S.D.J.