# Positive Outcomes for Children

| | | |
|---|---|---|
| 1. | Commencement of Investigation: | At least 90% of all reports[1] must be commenced same calendar day, 24 hours or 72 hours depending on response time designation. |
| 2. | Completion of Investigation: | At least 85% of all reports[1] shall have their investigation completed within 45 calendar days of acceptance by Hotline. |
| 3. | Treatment Plans: | At least 90% of cases[2] shall have treatment plans that are clinically appropriate, individualized, developed with family and community members and approved within 60 days of opening in treatment, or a child's placement out of home. |
| 4. | Search for Relatives: | For at least 85% of children in placement, DCF shall conduct searches for relatives, extended or informal networks, friends, family, former foster parents or other significant persons known to the child. Excludes Voluntary cases. |
| 5. | Repeat Maltreatment: | No more than 7% of children[1] who are victims of substantiated maltreatment during a 6-month period shall be the substantiated victims of additional maltreatment within 6 months. |
| 6. | Maltreatment of Children in Out-of-Home Care: | No more than 2% of children[1] in out-of-home care shall be the victims of substantiated maltreatment by a substitute caregiver while in out-of-home care. |
| 7. | Reunification: | At least 60% of children who are reunified with parents/guardians shall be reunified within 12 months of their most recent removal from home. Excludes Voluntary cases. |
| 8. | Adoption: | At least 32% of children who are adopted shall have their adoptions finalized within 24 months of their most recent removal from home. Excludes Voluntary cases. |
| 9. | Transfer of Guardianship: | At least 70% of all children whose custody is legally transferred shall have their guardianship transferred within 24 months of their most recent removal from home. Excludes Voluntary cases. |
| 10. | Sibling Placement: | At least 95% of siblings currently in or entering out-of-home placement shall be placed together unless there are documented clinical reasons for separate placements. Excludes Voluntary cases and children for whom TPR has been granted. |
| 11. | Re-Entry into DCF Custody: | No more than 7% of all children entering DCF custody shall re-enter care within 12 months of a prior out-of-home placement. Excludes Voluntary cases. |
| 12. | Multiple Placements: | At least 85% of children in DCF custody shall experience no more than 3 placements during any 12-month period, excluding respite, hospitalizations lasting less than 7 days, runaways, home visits, and CJTS. Excludes Voluntary cases. |
| 13. | Foster Parent Training: | Foster parents shall be offered 45 hours of post-licensing training within 18 months of initial licensure and at least 9 hours each subsequent year. However, relative, special study and independently licensed foster parents require 9 hours pre-service. |
| 14. | Placement Within Licensed Capacity: | At least 96% of all children placed in foster homes shall be in foster homes operating within their licensed capacity, except when necessary to accommodate siblings. |
| 15. | Needs Met: | At least 80% of all families and children shall have their medical, dental, mental health and other service needs provided as specified in the most recent treatment plan.[2] |
| 16. | Worker-Child Visitation, Out-of-Home: | **All** children must be seen quarterly by a DCF social worker. At least 85% of children[2] in out-of-home care shall be visited at least once monthly. Private agency social worker visits may count for monthly visits if the content of the visit is documented in LINK.[3] |
| 17. | Worker-Child Visitation, In-Home: | At least 85% of all in-home cases[2] shall have a social worker visit at least twice a month. All visits must be documented in LINK. |
| 18. | Caseload Standards: | No DCF social worker's caseload shall exceed the standard for more than 30 days. |
| 19. | Residential Reduction: | No more than 11% of the total number of children in out-of-home care shall be in residential placements. Includes Voluntary cases. |
| 20. | Discharge Measures: | At least 85% of children age 18 or older shall achieve specified educational/vocational goals prior to discharge (e.g. high school diploma, full time employment).[3] |
| 21. | Discharge of Mentally Ill or Mentally Retarded Children: | DCF shall submit a written discharge plan to DMHAS or DMR for all committed or dually committed children[3] who are mentally ill or retarded and require adult services, within 180 days prior to anticipated discharge date. |
| 22. | Multi-Disciplinary Exams (MDE): | **All** children entering DCF custody must have an MDE. At least 85% of these must have had their MDE completed within 30 days of placement. |

---

[1] Except Probate and Voluntary cases
[2] Except Probate, Interstate and Subsidy-only cases
[3] Except Probate, Interstate and Voluntary cases

Revised 4/12/05