UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| W.R., individually and on behalf of her minor son, Joseph R.; Susan K.; M.O., individually and on behalf of all others similarly situated<br>    *Plaintiffs*<br><br>v.<br><br>Connecticut Department of Children and Families, and<br>Darlene Dunbar, in her official capacity as Commissioner of the Connecticut Department of Children and Families<br>    *Defendants* | CIVIL ACTION NO. 302CV429 RNC<br><br><br><br><br><br><br><br><br><br><br><br>July 21, 2005 |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 (c) of the Federal Rules of Civil Procedure, the defendants respectfully request that summary judgment be rendered in their favor based upon the following grounds:

1. With regard to two of the plaintiffs, Susan K. and Omar S., the matter is moot. As class certification has not been granted, their claims should be dismissed.

2. Omar S.'s claim is also barred by the doctrine of res judicata.

3. The remaining plaintiff, Joseph R., is not currently clinically eligible for the relief he seeks. Therefore, his claim is not ripe.

4. There is no violation of either state or federal law as to any of the named plaintiffs.

5. This court should abstain from reviewing this case.

The grounds for summary judgment are stated in more detail in the memorandum of law filed in support of this motion.

ORAL ARGUMENT REQUESTED

Respectfully submitted,

THE DEFENDANTS

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| W.R., individually and on behalf of her minor son, Joseph R.; Susan K.; M.O., individually and on behalf of all others similarly situated<br>  Plaintiffs<br><br>v.<br><br>Connecticut Department of Children and Families, and<br>Darlene Dunbar, in her official capacity as Commissioner of the Connecticut Department of Children and Families<br>  Defendants | ) CIVIL ACTION NO. 302CV429 RNC<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) July 21, 2005 |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 (c) of the Federal Rules of Civil Procedure, the defendants respectfully request that summary judgment be rendered in their favor based upon the following grounds:

1. With regard to two of the plaintiffs, Susan K. and Omar S., the matter is moot. As class certification has not been granted, their claims should be dismissed.

2. Omar S.'s claim is also barred by the doctrine of res judicata.

3. The remaining plaintiff, Joseph R., is not currently clinically eligible for the relief he seeks. Therefore, his claim is not ripe.

4. There is no violation of either state or federal law as to any of the named plaintiffs.

5. This court should abstain from reviewing this case.

The grounds for summary judgment are stated in more detail in the memorandum of law filed in support of this motion.

ORAL ARGUMENT REQUESTED

              Respectfully submitted,

              THE DEFENDANTS

CONNECTICUT DEPARTMENT OF
CHILDREN AND FAMILIES

DARLENE DUNBAR, COMMISSIONER
CONNECTICUT DEPARTMENT OF
CHILDREN AND FAMILIES

BY: _____

Susan T. Pearlman
Federal Bar No. ct06338
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Phone: (860) 808-5498
Fax: (860) 808-5590
E-mail: susan.pearlman@po.state.ct.us

# **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 21st day of July, 2005 first class postage prepaid to:

Attorney Catherine L. Williams
Connecticut Legal Services
211 State Street
Bridgeport, CT 06604
Phone: 203 336-3851
Fax: 203 333-49776

Attorney Lori Welch-Rubin
129 Whitney Avenue
New Haven, CT 06515
Phone: 203 772-6680
Fax: 203 772-2194

Attorney Bet Gailor
Attorney Anne Louise Blanchard
Connecticut Legal Services
872 Main Street
Willimantic, CT 06226
Phone: 860 451761
Fax: 860 456-7420

Susan T. Pearlman
Assistant Attorney General