UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| W.R., ET. AL. | : | CIVIL ACTION NO. |
| *Plaintiffs* | : | 3:02CV429(RNC) |
| | : | |
| v. | : | |
| | : | |
| CONNECTICUT DEPARTMENT OF CHILDREN and FAMILIES, ET AL., | : | |
| *Defendant* | : | July 21, 2005 |

**MOTION FOR PERMISSION TO FILE A BRIEF
IN EXCESS OF FORTY PAGES**

Pursuant to Rule 7(a)2 of the Local Rules of Civil Procedure, the Defendants herein request permission to file a Memorandum of Law in Support of its Motion for Summary Judgment in excess of forty (40) pages. The grounds for said request are as follows:

1.  The Motion for Summary Judgment concerns the viability of claims of three individual plaintiffs purporting to represent a class in a suit brought pursuant to the Rehabilitation Act and the American with Disabilities Act. The plaintiffs filed a 20 page complaint and are seeking declaratory and injunctive relief, namely the development of more community-based residential placements for children with mental illness in Connecticut.

2.  Each individual plaintiff's claim is subject to separate legal arguments due to their distinct fact patterns.

to meet the varied and extensive needs of children with mental health issues in the State of Connecticut.

4. In addition to asserting substantive defenses to the claims raised, the defendants are presenting a number of other defenses, including mootness, res judicata, ripeness and abstention.

Because of the complicated nature of the case, the fact that there are three plaintiffs and the numerous defenses presented, the Memorandum of Law in Support of the Motion for Summary Judgment could not adequately address these issues without exceeding forty (40) pages.

Wherefore, the defendants respectfully request that the court grant permission to file its brief in excess of forty (40) pages.

Respectfully Submitted

DEFENDANTS
RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Susan T. Pearlman
Assistant Attorney General
Federal Bar No. 06338
110 Sherman Street
Hartford, CT 06l05
Tel: (860) 808-5480
Fax: (860) 808-5595
Susan.Pearlman@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 21st day of July, 2005 first class postage prepaid to:

Attorney Catherine L. Williams
Connecticut Legal Services
211 State Street
Bridgeport, CT 06604
Phone: 203 336-3851
Fax: 203 333-49776

Attorney Lori Welch-Rubin
129 Whitney Avenue
New Haven, CT 06515
Phone: 203 772-6680
Fax: 203 772-2194

Attorney Bet Gailor
Attorney Anne Louise Blanchard
Connecticut Legal Services
872 Main Street
Willimantic, CT 06226
Phone: 860 451761
Fax: 860 456-7420

Susan T. Pearlman
Assistant Attorney General