UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF CONNECTICUT

* * * * * * * * * * * * * * * * * * * * * *

W.R., individually and on behalf of her minor son,
JOSEPH R.; SUSAN K.; M.O., individually and on
behalf of her minor son, OMAR S.; and on behalf
of all others similarly situated

JEANNE MILSTEIN, CHILD ADVOCATE OF
THE STATE OF CONNECTICUT

    PLAINTIFFS

VS.

                                                          CIV. NO. 302CV429 RNC

CONNECTICUT DEPARTMENT OF CHILDREN
AND FAMILIES, and

DARLENE DUNBAR, in her official capacity as
Commissioner of the Connecticut Department of
Children and Families

    DEFENDANTS                                    July 26, 2005

* * * * * * * * * * * * * * * * * * * * * * * * *

### Motion for An Extension of Time To Respond To Defendant DCF's Motion For Summary Judgment

Plaintiffs respectfully request an extension of time in which to respond to defendants' motion for summary judgment, until September 6, 2004. This is plaintiffs' first request for an extension of time to respond to the motion for summary judgment. Defendants' have no objection and in fact would prefer the

1

extension through September 6 due to the timing of their vacation and the reply brief. Plaintiffs make this request due to the large size of defendants' motion, the numerous detailed exhibits and the fact that due to a mail delay,[1] plaintiffs did not receive a copy of the manually filed exhibits until five days after filing.

By /s/ A L Blanchard
Anne Louise Blanchard,
Connecticut Legal Services
Federal Bar No. ct 08718
872 Main Street
Willimantic, Connecticut 06226
Telephone: (860) 456-1761
Fax:: 860 456-7420
Ablanchard@connlegalservices.org

---

[1] The U.S. Postal Service has yet to deliver the mailed copies of the motion and exhibits thus defendants provided a second copy to plaintiffs on July 26, 2005.

2

## CERTIFICATION

I certify that a copy of the foregoing Motion for an Extension of Time was mailed, by United States mail, postage prepaid, to the following counsel of record on this 26th day of July, 2005.

Attorney Susan T. Pearlman
Assistant Attorney General
MacKenzie Hall
110 Sherman Street
Hartford, CT 06106

Attorney Lori Welch-Rubin
129 Whitney Avenue
New Haven, CT 06515

Attorney Carolyn Signorelli
Assistant Attorney General
55 Elm Street
Hartford, CT 06105

_____
Anne Louise Blanchard