UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF CONNECTICUT

* * * * * * * * * * * * * * * * * * * * * *

W.R., individually and on behalf of her minor son,
JOSEPH R.; SUSAN K.; M.O., individually and on
behalf of her minor son, OMAR S.; and on behalf
of all others similarly situated

JEANNE MILSTEIN, CHILD ADVOCATE OF
THE STATE OF CONNECTICUT

    PLAINTIFFS

VS.

                                  CIV. NO. 302CV429 RNC

CONNECTICUT DEPARTMENT OF CHILDREN
AND FAMILIES, and

DARLENE DUNBAR, in her official capacity as
Commissioner of the Connecticut Department of
Children and Families

    DEFENDANTS                                July 26, 2005

* * * * * * * * * * * * * * * * * * * * * * * *

**Motion for An Extension of Time To Respond To Defendant
DCF's Motion For Summary Judgment**

Plaintiffs respectfully request an extension of time in which to respond to

defendants' motion for summary judgment, until September 6, 2004. This is

plaintiffs' first request for an extension of time to respond to the motion for

summary judgment. Defendants' have no objection and in fact would prefer the

1

August 3, 2005. Granted. So ordered.
Robert N. Chatigny, U.S.D.J.