UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

W.R., ET. AL.

    *Plaintiffs*

v.

CONNECTICUT DEPARTMENT OF
CHILDREN and FAMILIES, ET AL.,

*Defendant*

CIVIL ACTION NO.
3:02CV429(RNC)

July 21, 2005

## MOTION FOR PERMISSION TO FILE A BRIEF IN EXCESS OF FORTY PAGES

Pursuant to Rule 7(a)2 of the Local Rules of Civil Procedure, the Defendants herein request permission to file a Memorandum of Law in Support of its Motion for Summary Judgment in excess of forty (40) pages. The grounds for said request are as follows:

1. The Motion for Summary Judgment concerns the viability of claims of three individual plaintiffs purporting to represent a class in a suit brought pursuant to the Rehabilitation Act and the American with Disabilities Act. The plaintiffs filed a 20 page complaint and are seeking declaratory and injunctive relief, namely the development of more community-based residential placements for children with mental illness in Connecticut.

2. Each individual plaintiff's claim is subject to separate legal arguments due to their distinct fact patterns.

*Granted. So ordered.*
Robert M. Chatigny, U.S.D.J.
August 8, 2005.