UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| W.R., individually and on behalf of her minor son, Joseph R.; Susan K.; M.O., individually and on behalf of all others similarly situated<br>    Plaintiffs<br><br>v.<br><br>Connecticut Department of Children and Families, and Darlene Dunbar, in her official capacity as Commissioner of the Connecticut Department of Children and Families<br>    Defendants | CIVIL ACTION NO. 302CV429 RNC<br><br><br><br><br><br><br><br><br><br>July 21, 2005 |

## NOTICE OF MANUAL FILING

Please take notice that the Department of Children and Families Defendants have manually filed the following documents:

    A. Mangano Affidavit
    B. Moore Affidavit
    C. Kaplan Affidavit
    D. Snyder Affidavit
    E. Mendelson Affidavit
    F. Solera Affidavit
    G. Casamento Affidavit
    H. Plaintiffs' Response to Defendants' Request for Admissions
    I. Interagency Agreement: Client Transition from the Department of Children and Families to the Department of Mental Health and Addiction Services
    J. Letter from Plaintiff M.O. to DCF terminating services for herself and her son, Omar S.; and Letter from Omar S. to DCF, signing himself out of DCF services, May 31, 2005
    K. C.G.S. § 17a-11
    L. C.G.S. § 17a-3
    M. *Juan F. v. O'Neill* Complaint, H-89-859 (AHN), December 19, 1989
    N. *Juan F. v. Rowland* Court Order, October 7, 2003
    O. *Juan F. v. Rell* Revised Exit Plan, July 1, 2004
    P. Revised Outcome Measures, April 12, 2005
    Q. Positives Outcomes for Children Plan, May 2004
    R. Child and Family Services Plan 2005-2009, September 2004

S. C.G.S. §17a-22a - §17a-22g
T. Connecticut Community KidCare: A Plan to Reform the Delivery and Financing of Children's Behavioral Health Services, January 2001
U. P.A. 05-280 (§88-101)
V. *Messier v. Southbury Training Sch.,* 1999 U.S. Dist. LEXIS 1479 (D. Conn. 1999)
W. *Figueroa v. Dean,* 2002 U.S. Dist. LEXIS 20725 (S.D.N.Y. 2002)
X. *Frederick L. v. Dep't of Pub. Welfare,* 2004 U.S. Dist. LEXIS 17810 (D. Pa. 2004)
Y. *Emily J. v. Rell* Settlement Agreement, 3:93CV1944 (RNC), June 3, 2005
Z. *Juan F. v. Rowland,* 2004 U.S. Dist. LEXIS 1872 (D. Conn. 2004)
AA. DCF Appropriations, 2001-2006
BB. S.A. 05-11
CC. S.A. 04-05
DD. DCF Plan for a Continuum of Community Based Services for Female Status Offenders and Delinquents, February 14, 2005
EE. DCF and Department of Mental Retardation Memorandum of Agreement, July 1, 2005
FF. DCF Budget Options, 2006
GG. C.G.S. §17a-4a

These documents have not been filed electronically because [check all that apply]:

[X] The documents cannot be converted to an electronic format.
[X] The electronic file size of the documents exceeds 1.5 MB.
[ ] The document is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b) or is filed ex parte pursuant to court order, statute or regulation allowing ex parte submissions.
[ ] Defendant is excused from electronically filing this document by court order.

These documents have been manually served on all parties.

                Respectfully submitted,

                THE DEFENDANTS

                CONNECTICUT DEPARTMENT OF
                CHILDREN AND FAMILIES

                DARLENE DUNBAR, COMMISSIONER
                CONNECTICUT DEPARTMENT OF
                CHILDREN AND FAMILIES

BY: _____

Susan T. Pearlman
Federal Bar No. ct06338
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Phone: (860) 808-5498
Fax: (860) 808-5590
E-mail: susan.pearlman@po.state.ct.us

# **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 21st day of July, 2005 first class postage prepaid to:

Attorney Catherine L. Williams
Connecticut Legal Services
211 State Street
Bridgeport, CT 06604
Phone: 203 336-3851
Fax: 203 333-49776

Attorney Lori Welch-Rubin
129 Whitney Avenue
New Haven, CT 06515
Phone: 203 772-6680
Fax: 203 772-2194

Attorney Bet Gailor
Attorney Anne Louise Blanchard
Connecticut Legal Services
872 Main Street
Willimantic, CT 06226
Phone: 860 451761
Fax: 860 456-7420

Susan T. Pearlman
Assistant Attorney General