73
74

UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF CONNECTICUT

2005 JUL 15  A 11: 00

* * * * * * * * * * * * * * * * * *

W.R., individually and on behalf of her minor son,
JOSEPH R.; SUSAN K.; M.O., individually and on
behalf of her minor son, OMAR S.; and on behalf
of all others similarly situated

     PLAINTIFFS

VS.

CONNECTICUT DEPARTMENT OF CHILDREN
AND FAMILIES, and

CHRISTINE REGALIA, in her official capacity as
Commissioner of the Connecticut Department of
Children and Families

     DEFENDANTS

CIV. NO. 302CV429 RNC

July 14, 2005

* * * * * * * * * * * * * * * * * * * * * * * * * *

_So ordered/_

_Denied.  So ordered/_

_Robert N. Chatigny, U.S.D.J._

_August 8, 2005._

## OPPOSITION TO DEFENDANTS' MOTION FOR PERMISSION TO FILE SUR-REPLY AND MOTION TO STRIKE SUR-REPLY

     Pursuant to Local Rule of Civil Procedure 7(a), plaintiffs file this opposition to

Defendants' Motion for Permission to File a Sur-Reply Brief regarding plaintiffs' pending

motion for class certification and, pursuant to Federal Rule of Civil Procedure 12(f), move that

said sur-reply be stricken from the record as it does not comply with the requirements of the

Local Rule of Civil Procedure 7(d) and its consideration gives unfair advantage to Defendants.


**No oral argument requested, no testimony required**