UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF CONNECTICUT



FILED

2005 AUG 25 P 12: 17

DISTRICT COURT

* * * * * * * * * * * * * * * * * * * * * * * *

W.R., individually and on behalf of her minor son,
JOSEPH R.; SUSAN K.; M.O., individually and on
behalf of her minor son, OMAR S.; and on behalf
of all others similarly situated;

JEANNE MILSTEIN, CHILD ADVOCATE OF
THE STATE OF CONNECTICUT

    PLAINTIFFS

VS.

                                                                                  CIV. NO. 302CV429 RNC

CONNECTICUT DEPARTMENT OF CHILDREN
AND FAMILIES, and

DARLENE DUNBAR, in her official capacity as
Commissioner of the Connecticut Department of
Children and Families

    DEFENDANTS                                August 24, 2005

* * * * * * * * * * * * * * * * * * * * * * * * * *

### Plaintiffs' Second Motion for An Extension of Time To Respond To Defendant DCF's Motion For Summary Judgment

Plaintiffs respectfully request an extension of time in which to respond to defendants' motion for summary judgment, until September 26, 2005.  Plaintiffs previously requested an extension of time due to the large size of defendants' motion, the numerous detailed exhibits and the fact that due to a mail delay from

1

the mail room at the Assistant Attorney General's office, plaintiffs did not receive a copy of the manually filed exhibits until five days after filing. As plaintiffs have been preparing their response, however, it became clear that over 300 pages of defendants exhibits and four of the seven affiants upon which defendants rely were not previously disclosed to plaintiffs, thus requiring additional response time.

This is plaintiffs' second request for an extension of time to respond to the motion for summary judgment. Defendants have no objection.

By /s/ Anne Louise Blanchard
Anne Louise Blanchard,
Connecticut Legal Services
Federal Bar No. ct 08718
872 Main Street
Willimantic, Connecticut 06226
Telephone: (860) 456-1761
Fax:: 860 456-7420
Ablanchard@connlegalservices.org

2

## CERTIFICATION

I certify that a copy of the foregoing Motion for an Extension of Time was mailed, by United States mail, postage prepaid, to the following counsel of record on this 24rd day of August, 2005.

Attorney Susan T. Pearlman
Assistant Attorney General
MacKenzie Hall
110 Sherman Street
Hartford, CT 06106

Attorney Lori Welch-Rubin
129 Whitney Avenue
New Haven, CT 06515

Attorney Carolyn Signorelli
Assistant Attorney General
55 Elm Street
Hartford, CT 06105

Anne Louise Blanchard