UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF CONNECTICUT

FILED
2005 AUG 25 P 12: 17
U.S. DISTRICT COURT
HARTFORD, CT.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

W.R., individually and on behalf of her minor son, JOSEPH R.; SUSAN K.; M.O., individually and on behalf of her minor son, OMAR S.; and on behalf of all others similarly situated;

JEANNE MILSTEIN, CHILD ADVOCATE OF THE STATE OF CONNECTICUT

    PLAINTIFFS

VS.

                                        CIV. NO. 302CV429 RNC

CONNECTICUT DEPARTMENT OF CHILDREN AND FAMILIES, and

DARLENE DUNBAR, in her official capacity as Commissioner of the Connecticut Department of Children and Families

    DEFENDANTS                        August 24, 2005

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### Plaintiffs' Second Motion for An Extension of Time To Respond To Defendant DCF's Motion For Summary Judgment

Plaintiffs respectfully request an extension of time in which to respond to defendants' motion for summary judgment, until September 26, 2005. Plaintiffs previously requested an extension of time due to the large size of defendants' motion, the numerous detailed exhibits and the fact that due to a mail delay from

*Margin annotations:* FILED 2005 AUG 30 P 3:55 U.S. DISTRICT COURT HARTFORD, CT. — August 30, 2005. Granted. So ordered. Robert N. Chatigny, U.S.D.J.

1