UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| W.R., individually and on behalf of her minor son, JOSEPH R.; SUSAN K.; M.O., individually and on behalf of her minor son, OMAR S.; and on behalf of all others similarly situated, and<br><br>JEANNE MILSTEIN, CHILD ADVOCATE OF THE STATE OF CONNECTICUT<br><br>    PLAINTIFFS<br><br>V.<br><br>CONNECTICUT DEPARTMENT OF CHILDREN AND FAMILIES, and<br><br>DARLENE DUNBAR, in her official capacity as Commissioner of the Connecticut Department of Children and Families,<br><br>    DEFENDANTS | CIV. NO. 302CV429 (RNC)<br><br><br><br><br><br>September 26, 2005 |

### PLAINTIFFS' MOTION FOR PERMISSION TO FILE OVERSIZE BRIEF

Pursuant to Local Rule of Civil Procedure 7(a)2, plaintiffs request permission to file their Memorandum in Opposition to Defendants' Motion for Summary Judgment in excess of forty (40) pages for the following reasons:

1. Defendant's memorandum in support of its motion for summary judgment was 50 pages long, referenced over 300 pages of exhibits, included more than 10 different legal arguments and incorporated 2 arguments by reference to its memorandums in support of its prior motion to dismiss.

2. Several of the legal arguments required separate responses as to each plaintiff against whose claims defendant raised different defenses.

3  Plaintiffs' were unable to adequately respond to defendant's extensive motion and attached exhibits without exceeding forty (40) pages

Wherefore, plaintiffs respectfully request the court grant permission to file their memorandum in excess of forty (40) pages

Respectfully submitted,

*/s/ Anne Louise Blanchard*
Anne Louise Blanchard
Connecticut Legal Services
Federal Bar No. ct 08718
872 Main Street
Willimantic, Connecticut  06226
Telephone: (860) 456-1761
Fax:: 860 456-7420

## CERTIFICATION

I certify that a copy of the foregoing Motion for Permission to File Oversize Brief was mailed, postage prepaid, to the following counsel of record on the 26th day of September, 2005:

Attorney Susan T. Pearlman
Assistant Attorney General
MacKenzie Hall
110 Sherman Street
Hartford, CT 06106

Carolyn Signorelli
Assistant Attorney General
55 Elm Street
Hartford, CT 06105

Attorney Lori Welch-Rubin
129 Whitney Avenue
New Haven, CT 06515

_____
Anne Louise Blanchard