UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| W.R., individually and on behalf of her minor son, JOSEPH R.; SUSAN K.; M.O., individually and on behalf of her minor son, OMAR S.; and on behalf of all others similarly situated, and<br><br>JEANNE MILSTEIN, CHILD ADVOCATE OF THE STATE OF CONNECTICUT<br><br>    PLAINTIFFS<br><br>V<br><br>CONNECTICUT DEPARTMENT OF CHILDREN AND FAMILIES, and<br><br>DARLENE DUNBAR, in her official capacity as Commissioner of the Connecticut Department of Children and Families,<br><br>    DEFENDANTS | CIV. NO. 302CV429 (RNC)<br><br>September 26, 2005 |

## NOTICE OF MANUAL FILING

**Please take notice that the Plaintiffs have manually filed the following documents:**

Index to Plaintiffs' Rule 56(a)2 Exhibits

Exhibit 1:     Grant-Hall Deposition

Exhibit 2:     Defendants Revised Response to Plaintiffs' Third Request for Admissions

Exhibit 3:     *In Re: Shonna K.*

Exhibit 4:     Application for Temporary Injunction for Omar S

Exhibit 5:    DCF 2004 Needs Assessment

Exhibit 6:    Defendants' Response to Plaintiffs' Second Set of Admissions

Exhibit 7:    Brightside Report

Exhibit 8:    Andersson Deposition

Exhibit 9:    Ando Deposition

Exhibit 10:   Paul Affidavit

Exhibit 11:   Rudin Deposition

Exhibit 12:   Martin Graph Re: Private Hospital Length of Stay Data and Private Hospital Census Data

Exhibit 13:   Plaintiffs' Letter to Hon Robert N. Chatigny

Exhibit 14:   Martin Graph Re: Number of Children Placed in Out-of-State Residential Facilities and DCF Out-of-State Census Data

Exhibit 15:   Sudders Deposition

Exhibit 16:   Link Reports, Children in Care: 2002, 2003, 3/31/05

Exhibit 17:   Martin Analysis of In-State Private Residential Facilities PBC Data

Exhibit 18:   Residential Treatment Center Annual Report

Exhibit 19:   Gibbers Deposition

Exhibit 20:   Sudders Rule 26 Expert Statement

Exhibit 21:   Gibbers Rule 26 Expert Statement

Exhibit 22:   List of DCF Group Homes

Exhibit 23:   Psychological Evaluation of Omar S

Exhibit 24:    State Spending Plan 2005

Exhibit 25:    Affidavit of Laura Martin

These documents have not been filed electronically because the documents can not be converted to electronic format and exceed the size of 1 5 MB

The documents have been manually served on all parties

*Anne Louise Blanchard*
Anne Louise Blanchard
Connecticut Legal Services
Federal Bar No. ct 08718
872 Main Street
Willimantic, Connecticut  06226
Telephone:  (860) 456-1761
Fax::  860 456-7420

## CERTIFICATION

I certify that a copy of the foregoing Notice of Manual Filing was mailed, postage prepaid, to the following counsel of record on the 26th day of September, 2005:

Attorney Susan T Pearlman
Assistant Attorney General
MacKenzie Hall
110 Sherman Street
Hartford, CT 06106

Carolyn Signorelli
Assistant Attorney General
55 Elm Street
Hartford, CT 06105

Attorney Lori Welch-Rubin
129 Whitney Avenue
New Haven, CT 06515

*Anne Louise Blanchard*
Anne Louise Blanchard

3