UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

2005 SEP 26  P 4: 02

| | |
|---|---|
| W.R., individually and on behalf of her minor son, JOSEPH R.; SUSAN K.; M.O., individually and on behalf of her minor son, OMAR S.; and on behalf of all others similarly situated, and<br><br>JEANNE MILSTEIN, CHILD ADVOCATE OF THE STATE OF CONNECTICUT<br><br>PLAINTIFFS<br><br>V.<br><br>CONNECTICUT DEPARTMENT OF CHILDREN AND FAMILIES, and<br><br>DARLENE DUNBAR, in her official capacity as Commissioner of the Connecticut Department of Children and Families,<br><br>DEFENDANTS | CIV. NO. 302CV429 (RNC)<br><br><br><br>September 26, 2005 |

September 28, 2005. Granted. So ordered.
Robert N. Chatigny, U.S.D.J.

## PLAINTIFFS' MOTION FOR PERMISSION TO FILE OVERSIZE BRIEF

Pursuant to Local Rule of Civil Procedure 7(a)2, plaintiffs request permission to file their Memorandum in Opposition to Defendants' Motion for Summary Judgment in excess of forty (40) pages for the following reasons:

1. Defendant's memorandum in support of its motion for summary judgment was 50 pages long, referenced over 300 pages of exhibits, included more than 10 different legal arguments and incorporated 2 arguments by reference to its memorandums in support of its prior motion to dismiss.

2. Several of the legal arguments required separate responses as to each plaintiff against whose claims defendant raised different defenses.