## UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| W.R., individually and on behalf of her minor son, JOSEPH R.; SUSAN K.; M.O., individually and on behalf of her minor son, OMAR S.; and on behalf of all others similarly situated; | : : : : : : | |
| JEANNE MILSTEIN, CHILD ADVOCATE OF THE STATE OF CONNECTICUT<br>    *Plaintiffs,* | : : : : : | |
| VS. | : : | CIV NO. 302CV429 (RNC) |
| CONNECTICUT DEPARTMENT OF CHILDREN AND FAMILIES, and | : : : | |
| DARLENE DUNBAR, in her official capacity as Commissioner of the Connecticut Department of Children and Families<br>    *Defendants*. | : : : : : | OCTOBER 7, 2005 |

### DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO FILE REPLY BRIEF TO PLAINTIFFS' OBJECTION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants respectfully request an extension of time, until October 27, 2005, in which to submit a reply brief to Plaintiff's objection to the Defendants' motion for summary judgment. The undersigned contacted Attorney Anne Blanchard, who indicated she has no objection to the granting of this motion. This is the Defendants' first request for an extension of time made regarding filing a reply brief.

WHEREFORE, defendants respectfully request that their Motion for Extension of Time

be granted.

THE DEFENDANTS
STATE OF CONNECTICUT

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY:    Susan T. Pearlman
Assistant Attorney General
110 Sherman Street
Hartford, Connecticut  06106
Tel. (860) 808-5480
Fax:  (860) 808-5590
Federal Bar No. ct085361
E-mail:  Susan.Pearlman@po.state.ct.us

## **CERTIFICATION**

I hereby certify  that a copy of the foregoing was mailed in accordance with Rule 5(b) of

the Federal Rules of Civil Procedure on this 7th day of  October, 2005, postage prepaid to:

Attorney Carolyn A. Signorelli
Assistant Attorney General
55 Elm Street
Hartford, CT  06106
Phone: 860 808-5160
Fax: 860 808-5384

Attorney Catherine  L.  Williams
Connecticut Legal Services
211 State Street
Bridgeport, CT 06604
Phone: 203 336-3851
Fax: 203 333-49776

Attorney Lori Welch-Rubin
129 Whitney Avenue
New Haven, CT 06515
Phone: 203 772-6680
Fax: 203 772-2194

Attorney Bet Gailor
Attorney Anne Louise Blanchard
Connecticut Legal Services
872 Main Street
Willimantic, CT  06226
Phone:  860 451761
Fax: 860 456-7420

Susan T. Pearlman
Assistant Attorney General