UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| W.R., individually and on behalf of her minor son, JOSEPH R.; SUSAN K.; M.O., individually and on behalf of her minor son, OMAR S.; and on behalf of all others similarly situated; <br><br> JEANNE MILSTEIN, CHILD ADVOCATE OF THE STATE OF CONNECTICUT <br> *Plaintiffs*, <br><br> VS. <br><br> CONNECTICUT DEPARTMENT OF CHILDREN AND FAMILIES, and <br><br> DARLENE DUNBAR, in her official capacity as Commissioner of the Connecticut Department of Children and Families <br> *Defendants*. | CIV NO. 302CV429 (RNC) <br><br><br><br> OCTOBER 7, 2005 |

**DEFENDANTS' MOTION FOR AN EXTENSION OF TIME
TO FILE REPLY BRIEF TO PLAINTIFFS' OBJECTION TO DEFENDANTS'
<u>MOTION FOR SUMMARY JUDGMENT</u>**

Defendants respectfully request an extension of time, until October 27, 2005, in which to submit a reply brief to Plaintiff's objection to the Defendants' motion for summary judgment. The undersigned contacted Attorney Anne Blanchard, who indicated she has no objection to the granting of this motion. This is the Defendants' first request for an extension of time made regarding filing a reply brief.

*[Margin annotation: So ordered. Granted. October 11, 2005. Robert N. Chatigny, U.S.D.J.]*