UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| W.R., individually and on behalf of her minor son, JOSEPH R.; SUSAN K.; M.O., individually and on behalf of her minor son, OMAR S.; and on behalf of all others similarly situated; <br><br> JEANNE MILSTEIN, CHILD ADVOCATE OF THE STATE OF CONNECTICUT <br>     *Plaintiffs,* <br><br> VS. <br><br> CONNECTICUT DEPARTMENT OF CHILDREN AND FAMILIES, and <br><br> DARLENE DUNBAR, in her official capacity as Commissioner of the Connecticut Department of Children and Families <br>     *Defendants.* | : <br> : <br> : <br> : <br> : <br> : <br><br> : <br> : <br> : <br> : <br> : <br> :     CIV NO. 302CV429 (RNC) <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> :     OCTOBER 27, 2005 |

**MOTION FOR PERMISSION TO FILE A BRIEF
IN EXCESS OF TEN PAGES**

Pursuant to Rule 7(d) of the Local Rules of Civil Procedure, the defendants herein request to permission file a reply to plaintiffs' Objection to Motion for Summary Judgment in excess of ten (10) pages. The grounds for said request are as follows:

1.    The reply brief is in response to a 44-page objection to the defendants' motion for summary judgment. The plaintiffs also attached 34 exhibits to their objection. The initial complaint was filed by three plaintiffs seeking declaratory and injunctive relief, as well as

damages. The complaint challenges the present mental health system available for children with serious mental health problems.

2. Numerous legal questions were presented in the motion for summary judgment and the objection filed by the plaintiffs. Each plaintiff's claims also required separate legal arguments.

Wherefore, the Defendants respectfully request that the court grant permission to file its brief in excess of ten (10) pages.

                        THE DEFENDANTS
                        STATE OF CONNECTICUT

                        RICHARD BLUMENTHAL
                        ATTORNEY GENERAL

BY:   Susan T. Pearlman
       Assistant Attorney General
       110 Sherman Street
       Hartford, Connecticut 06106
       Tel. (860) 808-5480
       Fax: (860) 808-5590
       Federal Bar No. ct085361
       E-mail: Susan.Pearlman@po.state.ct.us

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 27th day of October, 2005, postage prepaid to:

Attorney Catherine L. Williams
Connecticut Legal Services
211 State Street
Bridgeport, CT 06604
Phone: 203 336-3851
Fax: 203 333-49776

Attorney Lori Welch-Rubin
129 Whitney Avenue
New Haven, CT 06515
Phone: 203 772-6680
Fax: 203 772-2194

Attorney Bet Gailor
Attorney Anne Louise Blanchard
Connecticut Legal Services
872 Main Street
Willimantic, CT 06226
Phone: 860 451761
Fax: 860 456-7420

Susan T. Pearlman
Assistant Attorney General