93

FILED

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

2005 OCT 27 P 3: 49

DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| W.R., individually and on behalf of her minor son, JOSEPH R.; SUSAN K.; M.O., individually and on behalf of her minor son, OMAR S.; and on behalf of all others similarly situated;<br><br>JEANNE MILSTEIN, CHILD ADVOCATE OF THE STATE OF CONNECTICUT<br>    *Plaintiffs*,<br><br>VS.<br><br>CONNECTICUT DEPARTMENT OF CHILDREN AND FAMILIES, and<br><br>DARLENE DUNBAR, in her official capacity as Commissioner of the Connecticut Department of Children and Families<br>    *Defendants*. | <br><br><br><br><br><br><br><br><br><br>CIV NO. 302CV429 (RNC)<br><br><br><br><br><br><br><br>OCTOBER 27, 2005 |

October 31, 2005. Granted. So ordered. Robert N. Chatigny, U.S.D.J.

**MOTION FOR PERMISSION TO FILE A BRIEF
IN EXCESS OF TEN PAGES**

Pursuant to Rule 7(d) of the Local Rules of Civil Procedure, the defendants herein request to permission file a reply to plaintiffs' Objection to Motion for Summary Judgment in excess of ten (10) pages. The grounds for said request are as follows:

1.  The reply brief is in response to a 44-page objection to the defendants' motion for summary judgment. The plaintiffs also attached 34 exhibits to their objection. The initial complaint was filed by three plaintiffs seeking declaratory and injunctive relief, as well as