UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| W.R., individually and on behalf of her minor son, JOSEPH R.; SUSAN K.; M.O., individually and on behalf of her minor son, OMAR S.; and on behalf of all others similarly situated, and ) ) ) ) ) | |
| JEANNE MILSTEIN, CHILD ADVOCATE OF THE STATE OF CONNECTICUT ) ) ) | |
| PLAINTIFFS ) ) | |
| V. ) ) | CIV. NO. 302CV429 (RNC) |
| CONNECTICUT DEPARTMENT OF CHILDREN ) AND FAMILIES, and ) ) | |
| DARLENE DUNBAR, in her official capacity as Commissioner of the Connecticut Department of Children and Families, ) ) ) ) | |
| DEFENDANTS ) | November 2, 2005 |

**MOTION FOR PERMISSION TO FILE SUR-REPLY MEMORANDUM**

Plaintiffs' respectfully request permission to file a Sur-Reply Memorandum in response to Defendants' Reply to Plaintiffs' Objection to Motion for Summary Judgment dated October 27, 2005. In support of this motion, plaintiffs state the following:

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

1

1. In their Reply Memorandum, defendants for the first time have made claims regarding the exclusion of evidence not provided to plaintiffs through discovery. Plaintiffs wish to address the case law relied upon by defendants with respect to this issue.

2. Plaintiffs also wish to briefly respond to new factual and legal assertions raised by the defendants regarding the Behavioral Health Partnership and other state plans to provide mental health services to children and youth with severe mental illness who are in the care or custody of the DCF.

Because these issues are important to the determination of whether issues of material fact exist so as to preclude summary judgment in this case, plaintiffs respectfully request that this court grant them until Friday, November 18, 2005, to file a sur-reply memorandum. Plaintiffs anticipate filing a memorandum no longer than 10 pages in length which will specifically address issues raised in defendants' Reply Memorandum.

Respectfully submitted,

PLAINTIFFS,

By_____
   Bet Gailor,
   Federal Bar No. ct01981
   Connecticut Legal Services, Inc.
   872 Main Street
   Willimantic, CT 06226
   Tel: (860) 456-1761
   Fax: 860 456-7420
   Bgailor@connlegalservices.org

Catherine L. Williams
Federal Bar No. ct02059
Connecticut Legal Services, Inc.
211 State Street
Bridgeport, CT 06604
Tel: (203) 336-3851
Fax: 203 333-4976
Cwilliams@connlegalservices.org

Anne Louise Blanchard
Federal Bar No. ct08718
Connecticut Legal Services, Inc.
872 Main Street
Willimantic, CT 06226
Tel:  (860) 456-1761
Fax:  860 456-7420
Ablanchard@connlegalservices.org

**CERTIFICATION**

I certify that a copy of the foregoing Motion to File a Sur-Reply Memorandum was mailed, by United States mail, postage prepaid, on November 2, 2005 to:

Attorney Susan T. Pearlman
Assistant Attorney General
MacKenzie Hall
110 Sherman Street
Hartford, CT 06105

Attorney Carolyn Signorelli
Assistant Attorney General
55 Elm Street
Hartford, CT 06105

Attorney Lori Welch-Rubin
129 Whitney Avenue
New Haven, CT 06515

_____
Bet Gailor