# UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF CONNECTICUT

FILED

2005 NOV -4 A 11: 07

DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| W.R., individually and on behalf of her minor son, JOSEPH R.; SUSAN K.; M.O., individually and on behalf of her minor son, OMAR S.; and on behalf of all others similarly situated, and <br><br> JEANNE MILSTEIN, CHILD ADVOCATE OF THE STATE OF CONNECTICUT <br><br> PLAINTIFFS <br><br> V. <br><br> CONNECTICUT DEPARTMENT OF CHILDREN AND FAMILIES, and <br><br> DARLENE DUNBAR, in her official capacity as Commissioner of the Connecticut Department of Children and Families, <br><br> DEFENDANTS | <br><br><br><br><br><br> CIV. NO. 302CV429 (RNC) <br><br><br><br><br><br> November 2, 2005 |

## MOTION FOR PERMISSION TO FILE SUR-REPLY MEMORANDUM

Plaintiffs' respectfully request permission to file a Sur-Reply Memorandum in response to Defendants' Reply to Plaintiffs' Objection to Motion for Summary Judgment dated October 27, 2005. In support of this motion, plaintiffs state the following:

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

1