**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| W.R., individually and on behalf of her minor son, JOSEPH R.; SUSAN K.; M.O., individually and on behalf of her minor son, OMAR S.; and on behalf of all others similarly situated, and | ) ) ) ) ) | |
| JEANNE MILSTEIN, CHILD ADVOCATE OF THE STATE OF CONNECTICUT | ) ) ) | |
| PLAINTIFFS | ) ) | |
| V. | ) ) | CIV. NO. 302CV429 (RNC) |
| CONNECTICUT DEPARTMENT OF CHILDREN AND FAMILIES, and | ) ) ) | |
| DARLENE DUNBAR, in her official capacity As Commissioner of the Connecticut Department of Children and Families, | ) ) ) ) | |
| DEFENDANTS | ) | March 20, 2006 |

<u>APPEARANCE</u>

Please enter my appearance on behalf of Plaintiff Jeanne Milstein, Child Advocate of the State of Connecticut.

_____
Winona W. Zimberlin
Fed. Bar No. ct.05501
2 Congress Street
Hartford, CT 06114
wzimberl@netscape.com
Tel:   860 249-5291
Fax:  860 247-4194

CERTIFICATION

I certify that a copy of the foregoing Appearance was mailed, postage prepaid, to the following counsel of record on the 20th day of March, 2006 to:

Attorney Susan T. Pearlman
Assistant Attorney General
MacKenzie Hall
110 Sherman Street
Hartford, CT 06106

Attorney Carolyn Signorelli
Assistant Attorney General
55 Elm Street
Hartford, CT 06105

Attorney Lori Welch-Rubin
Engelman & Welch-Rubin, LLP
129 Whitney Avenue, New Haven, CT 06510

Attorney Anne Louise Blanchard
Connecticut Legal Services, Inc.
872 Main Street
P. O. Box 872
Willimantic, CT 06226

Attorney Bet Gailor
Connecticut Legal Services, Inc.
872 Main Street
P. O. Box 872
Willimantic, CT 06226

Attorney Catherine Williams
Connecticut Legal Services, Inc.
211 State Street
Bridgeport, CT 06604

_____
Winona W. Zimberlin