UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| W.R., individually and on behalf of her minor son, JOSEPH R.; SUSAN K.; M.O., individually and on behalf of her minor son, OMAR S.; and on behalf of all others similarly situated, and<br><br>JEANNE MILSTEIN, CHILD ADVOCATE OF THE STATE OF CONNECTICUT<br>      PLAINTIFFS<br><br>VS.<br><br>CONNECTICUT DEPARTMENT OF CHILDREN AND FAMILIES and<br>DARLENE DUNBAR, in her official capacity as Commissioner of the Department of Children and Families<br>      DEFENDANTS | CIV NO. 302CV429 (RNC)<br><br><br><br>MARCH 20, 2006 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

MOTION FOR JOINDER

Plaintiff Jeanne Milstein, Child Advocate of the State of Connecticut, respectfully requests that this court grant her motion to join plaintiff Samuel C. pursuant to Fed. Rule Civ. Proc. 20(a) and Local Rule of Civ. Proc. 7(a). In support of this motion, plaintiff states the following:

    1. Plaintiff has filed a Complaint of Proposed Plaintiff Samuel C. contemporaneously herewith.

ORAL ARGUMENT REQUESTED

TESTIMONY NOT REQUIRED

2. In her complaint on behalf of proposed plaintiff Samuel C., plaintiff Jeanne Milstein has raised claims that arise out of the same series of transactions or occurrences as the claims of the named plaintiffs Susan K., Omar S., and Joseph R.

3. Samuel C.'s complaint raises legal issues that are identical to those raised by the original plaintiffs, and the factual basis for his claims is essentially the same as that of the original plaintiffs.

4. Joinder of Samuel C. would not result in prejudice to defendants, and is consistent with the principles of fundamental fairness.

5. Since Rule 20(a)'s requirements for permissive joinder have been satisfied, and for all of the reasons set forth in the memorandum of law accompanying this motion, plaintiff Jeanne Milstein respectfully requests that her motion for joinder be granted.

Respectfully submitted,

PLAINTIFF, Jeanne Milstein on behalf of Samuel C.,

By:_____
    Winona Zimberlin, Her Attorney
    Fed. Bar No. ct 05501
    2 Congress Street
    Hartford, CT 06114
    wzimberl@netscape.com
    Tel: 860 249-5291
    Fax: 860 247-4194

## CERTIFICATION

I certify that a copy of the foregoing Motion for Joinder was mailed, postage prepaid, to the following counsel of record on the      day of March, 2006 to:

Attorney Susan T. Pearlman
Assistant Attorney General
MacKenzie Hall
110 Sherman Street
Hartford, CT 06106

Attorney Carolyn Signorelli
Assistant Attorney General
55 Elm Street
Hartford, CT 06105

Attorney Lori Welch-Rubin
Engelman & Welch-Rubin, LLP
129 Whitney Avenue
 New Haven, CT 06510

Attorney Anne Louise Blanchard
Connecticut Legal Services, Inc.
872 Main Street
P. O. Box 872
Willimantic, CT 06226

Attorney Bet Gailor
Connecticut Legal Services, Inc.
872 Main Street
P. O. Box 872
Willimantic, CT 06226

Attorney Catherine Williams
Connecticut Legal Services, Inc.
211 State Street
Bridgeport, CT 06604

                                                  _____
                                                  Winona Zimberlin