UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| W.R., individually and on behalf of her minor son, JOSEPH R.; SUSAN K.; M.O., individually and on behalf of her minor son, OMAR'S; and on behalf of all others similarly situated, and<br><br>JEANNE MILSTEIN, CHILD ADVOCATE OF THE STATE OF CONNECTICUT<br>*Plaintiffs*<br><br>v.<br><br>CONNECTICUT DEPARTMENT OF CHILDREN AND FAMILIES, and<br>DARLENE DUNBAR, in her official capacity as Commissioner of the Connecticut Department of Children and Families,<br>*Defendants* | CIVIL ACTION NO.<br>3:02CV429(RNC)<br><br><br><br><br><br><br><br><br><br>MARCH 27, 2006 |

**MOTION TO WITHDRAW APPEARANCE**
**AND**
**NOTICE OF SUBSTITUTION**

Assistant Attorney General Carolyn Signorelli, filed an appearance to represent the defendant(s) in the above captioned litigation.

Pursuant to Local Rule 7(e), Assistant Attorney General Carolyn Signorelli hereby moves the Court for an order permitting the withdrawal of her appearance on behalf of the defendant(s).

**ORAL ARGUMENT IS/NOT REQUESTED**
**TESTIMONY IS/NOT REQUIRED**

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Carolyn Signorelli
Assistant Attorney General
Federal Bar No. ct408547
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5150
Fax: (860) 808-5389
Email:carolyn.signorelli@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Motion to Withdraw Appearance and Notice of Substitution was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 27th day of March, 2006, first class postage prepaid to:

Attorney Susan T. Pearlman
Assistant Attorney General/MacKenzie Hall
110 Sherman Street
Hartford, CT 06106

Attorney Lori Welch-Rubin
129 Whitney Avenue
New Haven, CT 06515

Attorney Bet Gailor
Connecticut Legal Services
872 Main Street – P.O. Box 258
Willimantic, CT 06226

_____
Carolyn Signorelli
Assistant Attorney General