# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| W.R., individually and on behalf of her minor son, JOSEPH R.; SUSAN K.; M.O., individually and on behalf of her minor son, OMAR S., and JEANNE MILSTEIN, CHILD ADVOCATE OF THE STATE OF CONNECTICUT<br><br>PLAINTIFFS<br><br>V.<br><br>CONNECTICUT DEPARTMENT OF CHILDREN AND FAMILIES, and<br><br>DARLENE DUNBAR, in her official capacity As Commissioner of the Connecticut Department of Children and Families,<br><br>DEFENDANTS | CIV. NO. 302CV429 (RNC)<br><br><br><br>MARCH 30, 2006 |

## MOTION TO WITHDRAW APPEARANCE AND NOTICE OF SUBSTITUTION

Attorney Lori Welch-Rubin filed an appearance to represent the intervening plaintiff Jeanne Milstein, Child Advocate of the State of Connecticut in the above captioned action.

Pursuant to Local Rule 7 (e), Attorney Lori Welch-Rubin hereby moves the Court for an order permitting the withdrawal of her appearance on behalf of the intervening plaintiff Jeanne Milstein, Child Advocate. The Child Advocate now has in-house counsel who has filed an appearance on her behalf.

**Oral Argument not Requested/Testimony not Required**

THE INTERVENING PLAINTIFF
JEANNE MILSTEIN, CHILD ADVOCATE

By _____
Lori Welch-Rubin
Federal Bar # ct09866
129 Whitney Avenue
New Haven, Connecticut 06510
(203) 772-6680; fax (203) 772-2994
Email:nh_lawr@yahoo.com

## CERTIFICATION

I hereby certify that a copy of the foregoing motion to withdraw appearance has been mailed first class postage prepaid in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 30th day of March, 2006 to:

Attorney Susan T. Pearlman
Assistant Attorney General/MacKenzie Hall
110 Sherman Street
Hartford, Connecticut 06106

Attorney Carolyn Signorelli
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, Connecticut 06141-0120

Attorney Anne Blanchard and Attorney Bet Gailor
Connecticut Legal Services
872 Main Street -P.O. Box 258
Willimantic, Connecticut 06226

Attorney Catherine Williams
Connecticut Legal Services
211 State Street
Bridgeport, Connecticut 06226

Attorney Winona Zimberlin
2 Congress Street
Hartford, Connecticut 06114

_____
Lori Welch-Rubin