UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| WR, individually and on behalf of her minor son, ) <br> JOSEPH R.; SUSAN K.; M.O., individually and ) <br> on behalf of her minor son, OMAR S., and ) <br> ) <br> JEANNE MILSTEIN, CHILD ADVOCATE OF ) <br> THE STATE OF CONNECTICUT ) <br> ) <br>       PLAINTIFFS ) <br>       v. ) <br> ) <br> CONNECTICUT DEPARTMENT OF ) <br> CHILDREN AND FAMILIES, and ) <br> ) <br> DARLENE DUNBAR, in her official ) <br> capacity as Commissioner of the State of ) <br> Connecticut Department of Children and Families, ) <br> ET AL. ) <br> ) <br>       DEFENDANTS. ) | CIVIL ACTION NO. <br> 3:02 CV 00429 (RNC) <br> <br> <br> <br> <br> <br> <br> <br> <br> <br> <br> APRIL 6, 2006 |

MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 7e of the Local Rules of Civil Procedure of the United States District Court for the District of Connecticut, the undersigned respectfully requests leave to withdraw her appearance for the Kevin P., who was denied named-plaintiff status in this case. The potential Kevin P.'s interests are adequately represented by Plaintiffs' counsel in this matter.

                                              Respectfully Submitted,
                                              Kevin P.,

                                              By_____
                                              Victoria L. Veltri
                                              Federal Bar No. CT 19754
                                              Greater Hartford Legal Aid, Inc.
                                              999 Asylum Ave., Third Floor
                                              Hartford, CT 06105-2465
                                              (860)541-5037
                                              (860)541-5050 – facsimile

## CERTIFICATION

I hereby certify that the foregoing MOTION TO WITHDRAW APPEARANCE was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 6th day of April, 2006, first class postage prepaid to all counsel of record as follows:

Attorney Susan T. Pearlman
Assistant Attorney General / MacKenzie Hall
110 Sherman Street
Hartford, CT 06106

Attorney Carolyn Signorelli
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

Attorneys Anne Blanchard and Bet Gailor
Connecticut Legal Services
872 Main St., P.O. Box 258
Willimantic, CT 06226

Attorney Catherine Williams
Connecticut Legal Services
211 State Street
Bridgeport, CT 06604

Attorney Wilma Zimberlin
2 Congress Street
Hartford, CT 06114

_____
Victoria L. Veltri