UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF CONNECTICUT

* * * * * * * * * * * * * * * * * * *

W.R., individually and on behalf of her minor son,
JOSEPH R.; SUSAN K.; M.O., individually and on
behalf of her minor son, OMAR S.; and on behalf
of all others similarly situated

    PLAINTIFFS

VS.  
CONNECTICUT DEPARTMENT OF CHILDREN
AND FAMILIES, and

CHRISTINE REGALIA, in her official capacity as
Commissioner of the Connecticut Department of
Children and Families

    DEFENDANTS

CIV. NO. 302CV429 RNC

April 7, 2006

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## PLAINTIFFS' MOTION FOR STATUS CONFERENCE IN LIEU OF HEARING ON PENDING MOTIONS

Pursuant to Federal Rules of Civil Procedure 7(b) and 16(a), plaintiffs move for a Status Conference with the Honorable Robert N. Chatigny. In support of this motion, plaintiffs state the following:

1. On April 4, 2006, as plaintiffs were preparing to file a Motion for Status Conference, this court set a hearing date of April 20, 2006 for a hearing on all motions pending before this court, including Plaintiffs' Second Motion for Class Certification

filed May 1, 2005; Plaintiffs' Motion to Exclude Evidence dated November 18, 2005; Defendants' Motion for Summary Judgment filed July 21, 2005; and Plaintiff Jeanne Milstein's Motion for Joinder of a Party pursuant to Fed. Rule Civ. Proc. 20(a), filed on March 20, 2006.

2. Plaintiffs respectfully request that this court grant their request for a status conference to be held on April 20, 2006 in lieu of the full hearing on all pending motions for the following reasons:

a. On April 4, 2006, defendants filed an objection to Plaintiffs' Motion for Joinder. Plaintiffs intend to file a reply brief with respect to such objection on or before April 18, 2005 in accordance with Fed. Rule Civ. Proc. 6(a).

b. the undersigned counsel for plaintiffs is preparing to file another Motion for Joinder of a Party pursuant to Fed. Rule 20(a) on behalf of Barbara P., a nineteen year old young woman with mental illness and other disabilities. On Friday, March 24, 2006, counsel appeared before the Hon. John Driscoll in Superior Court for Juvenile Matters on Barbara P.'s behalf to argue a motion for temporary injunction pursuant to Connecticut General Statutes §17a-16 and §52-471. Barbara P., through counsel, asked the court to order the Department of Children and Families ("DCF") to immediately accept her for re-entry into the custody of DCF pursuant to Conn. Gen. Stat. §46b-129(j). Barbara P. also sought to compel the DCF to provide her with clinically appropriate services in accordance with Conn. Gen. Stat. §17a-3, and to develop an appropriate transition plan with the Department of Mental Health and Addiction Services pursuant to the Memorandum of Understanding between the two agencies. During the hearing, the DCF

2

agreed to permit Barbara P. to re-enter state care and to place her by March 31, 2006, the date on which the shelter in which she had been living was scheduled to close.

    c. Like proposed plaintiff Samuel C., Barbara P. would be a member of the class proposed for certification by plaintiffs if the court were to issue a ruling granting plaintiffs class status. In order to fully protect Barbara P.'s statutory and constitutional rights, counsel expects to file a motion for joinder on her behalf within the next week.

    d. In light of the above circumstances, plaintiffs wish to address the disposition of the pending motions for class certification and joinder in accordance with Fed. Rule Civ. Proc. 16(c)(11), including the possibility of filing a Second Amended Complaint including the claims of both Samuel C. and Barbara P.

    e. In addition, plaintiffs wish to address outstanding discovery issues so as to expedite the resolution of this litigation. As discussed in Plaintiffs' Memorandum in Opposition to Defendants' Motion for Summary Judgment dated September 30, 2005, and Plaintiffs' Motion to Exclude Evidence dated November 18, 2005, many of defendants' statements of undisputed facts are supported by documents which defendants failed to disclose to plaintiffs in accordance with their Fed. Rule Civ. Proc. 26(e) discovery obligations. Plaintiffs wish to discuss the potential need for additional discovery to resolve such on-going non-compliance by defendants pursuant to F.R.C.P. 16(c)(6) and 16(c)(7). Furthermore, the undersigned spoke with Attorney Susan Pearlman on April 6, 2006, who stated that she has been attempting to obtain discovery documents from the DCF for the past few months.

    f. Finally, pursuant to F.R.C.P. 16(a)(8), plaintiffs wish to discuss the advisability

of referring this case to a United States Magistrate Judge to discuss the possibility of settling all or some of plaintiffs' claims.

g. Catherine Williams will be on vacation from April 20 through April 22, 2006, and the undersigned counsel will be on vacation from April 14 through April 21, 2006. The undersigned counsel also will be having major surgery on April 27, 2006, necessitating a medical leave of absence for at least six weeks (through June 12, 2006). In addition, co-counsel Attorney Anne Louise Blanchard, who is presently on leave until April 10, 2006, is scheduled to undergo surgery on April 21, 2006, and will be out of the office through May 1, 2006. In light of these circumstances, plaintiffs would be unable to adequately prepare for a full hearing on the merits of all outstanding motions on April 20, 2006. Rather than seek a continuance, however, counsel are confident that they could adequately prepare for and participate in a status conference on April 20, 2006, either telephonic or otherwise, in order to expedite this litigation and avoid undue delay.

3. The undersigned spoke with Attorney Susan Pearlman, who indicated that she has no objection to this Motion for Status Conference in Lieu of Hearing and is available on April 20, 2006.

4. The undersigned also contacted Attorney Winona Zimberlin, who indicated that she has no objection to this motion and is also available on April 20.

For all of the foregoing reasons, plaintiffs respectfully request that their Motion

4

for a Status conference be granted.

        PLAINTIFFS,

By: _____
Bet Gailor, Their Attorney
Fed. Bar No. ct01981
Connecticut Legal Services, Inc.
872 Main Street, P. O. Box 258
Willimantic, Connecticut 06226
Fax: 860 456-7420
bgailor@connlegalservices.org

CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following counsel of record in accordance with Rule 5(b) of the FRCP on this 7th day of April, 2006 to:

Attorney Susan Pearlman
Office of the Attorney General
MacKenzie Hall
110 Sherman Street
Hartford, CT 06105

Attorney Carolyn A. Signorelli
Assistant Attorney General
55 Elm Street
Hartford, CT 06106

Attorney Lori Welch-Rubin
129 Whitney Avenue
New Haven, CT 06515

Attorney Winona Zimberlin
2 Congress Street
Hartford, CT 06114

A copy of the foregoing motion was hand-delivered on April 7, 2006 to:

Chambers, Hon. Robert N. Chatigny
A-12 Abraham Ribicoff Federal Building
and United States Courthouse
450 Main Street
Hartford, CT 06103-3022

_____
Bet Gailor