UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF CONNECTICUT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

W.R., individually and on behalf of her minor son,
JOSEPH R.; SUSAN K.; M.O., individually and on
behalf of her minor son, OMAR S.; and on behalf
of all others similarly situated

    PLAINTIFFS

VS.                                                           CIV. NO. 302CV429 RNC

CONNECTICUT DEPARTMENT OF CHILDREN
AND FAMILIES, and                                  April 7, 2006

CHRISTINE REGALIA, in her official capacity as
Commissioner of the Connecticut Department of
Children and Families

    DEFENDANTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## PLAINTIFFS' MOTION FOR CONTINUANCE

Pursuant to Fed. Rule Civ. Proc. 7(b) and Local Rule 7(b), plaintiffs respectfully request a continuance of the hearing on all pending motions currently set down for April 20, 2006. In support of this motion, plaintiffs state the following:

1. Reference is made to Plaintiffs' Motion for Status Conference filed contemporaneously herewith. In their motion, plaintiffs requested that this court hold

a status conference in lieu of the full hearing on all pending motions on April 20, 2006. While plaintiffs wish to proceed on April 20, 2006 with a status conference, they ask that the hearing on pending motions be continued, taking in account the following circumstances:

1. Attorney Catherine Williams is scheduled to be on vacation and out of state from April 20, 2006 to April 22, 2006 and Attorney Bet Gailor is scheduled to be on vacation from April 14 to April 21, 2006.

2. Attorney Gailor is scheduled to have major surgery on April 27, 2006, and will be on an extended medical leave of absence until at least June 12, 2006.

3. Attorney Anne Louise Blanchard, who is presently on leave until April 10, 2006, is also scheduled to have surgery on April 21, 2006, and will be out of the office until May 1, 2006.

4. Attorneys Catherine Williams and Anne Louise Blanchard will be out of state on May 11, 2006 and May 12, 2006, as they have an argument before the Second Circuit Court of Appeals on May 12, 2006.

5. Defense counsel Susan Pearlman is scheduled to be on trial on May 2 and May 8, 2006.

6. The undersigned has contacted Attorney Susan Pearlman and Attorney Winona Zimberlin, neither of whom has any objection to the granting of this motion.

7. For all of the foregoing reasons, plaintiffs respectfully request that this

court grant their request for continuance of the hearing on all pending motions.

Respectfully submitted,

PLAINTIFFS,

By: *[signature: Bet Gailor]*

Bet Gailor, Their Attorney
Fed. Bar No. ct01981
Connecticut Legal Services, Inc.
872 Main Street, P.O. Box 258
Willimantic, Connecticut 06226
Fax: 860 456-7420
bgailor@connlegalservices.org

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following counsel of record in accordance with Rule 5(b) of the FRCP on this 7th day of April, 2006 to:

Attorney Susan Pearlman
Office of the Attorney General
MacKenzie Hall
110 Sherman Street
Hartford, CT 06105

Attorney Carolyn A. Signorelli
Assistant Attorney General
55 Elm Street
Hartford, CT 06106

Attorney Lori Welch-Rubin
129 Whitney Avenue
New Haven, CT 06515

Attorney Winona Zimberlin
2 Congress Street
Hartford, CT 06114

A copy of the foregoing motion was hand delivered on April 7, 2006 to:

Chambers, Hon. Robert N. Chatigny
A-12 Abraham Ribicoff Federal Building
and United States Courthouse
450 Main Street
Hartford, CT 06103-3022

_____
Bet Gailor