## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| W.R., individually and on behalf of her minor son, JOSEPH R.; SUSAN K.; M.O., individually and on behalf of her minor son, OMAR S., and <br><br> JEANNE MILSTEIN, CHILD ADVOCATE OF THE STATE OF CONNECTICUT <br><br> PLAINTIFFS <br><br> V. <br><br> CONNECTICUT DEPARTMENT OF CHILDREN AND FAMILIES, and <br><br> DARLENE DUNBAR, in her official capacity As Commissioner of the Connecticut Department of Children and Families, <br><br> DEFENDANTS | ) ) ) ) ) ) ) ) ) ) ) ) CIV. NO. 302CV429 (RNC) ) ) ) ) ) ) ) ) ) MARCH 30, 2006 |

### MOTION TO WITHDRAW APPEARANCE AND NOTICE OF SUBSTITUTION

Attorney Lori Welch-Rubin filed an appearance to represent the intervening plaintiff Jeanne Milstein, Child Advocate of the State of Connecticut in the above captioned action.

Pursuant to Local Rule 7 (e), Attorney Lori Welch-Rubin hereby moves the Court for an order permitting the withdrawal of her appearance on behalf of the intervening plaintiff Jeanne Milstein, Child Advocate. The Child Advocate now has in-house counsel who has filed an appearance on her behalf.

**Oral Argument not Requested/Testimony not Required**

*Granted. So ordered. Robert N. Chatigny, U.S.D.J. April 6, 2006.*