*[Handwritten margin note, rotated:]* April 11, 2006. Granted. So ordered. A telephonic status conference will be held on May 4, 2006 at 2:00 p.m. /s/ Robert N. Chatigny, U.S.D.J.

110

UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF CONNECTICUT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

W.R., individually and on behalf of her minor son,
JOSEPH R.; SUSAN K.; M.O., individually and on
behalf of her minor son, OMAR S.; and on behalf
of all others similarly situated

PLAINTIFFS

VS.                                                                     CIV. NO. 302CV429 RNC
CONNECTICUT DEPARTMENT OF CHILDREN
AND FAMILIES, and

April 7, 2006

CHRISTINE REGALIA, in her official capacity as
Commissioner of the Connecticut Department of
Children and Families

DEFENDANTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### PLAINTIFFS' MOTION FOR STATUS CONFERENCE
### IN LIEU OF HEARING ON PENDING MOTIONS

Pursuant to Federal Rules of Civil Procedure 7(b) and 16(a), plaintiffs move for a Status Conference with the Honorable Robert N. Chatigny. In support of this motion, plaintiffs state the following:

1. On April 4, 2006, as plaintiffs were preparing to file a Motion for Status Conference, this court set a hearing date of April 20, 2006 for a hearing on all motions pending before this court, including Plaintiffs' Second Motion for Class Certification