UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED
2006 APR -6 P 1:27
DISTRICT COURT
HARTFORD, CT.

WR, individually and on behalf of her minor son, )
JOSEPH R.; SUSAN K.; M.O., individually and )
on behalf of her minor son, OMAR S., and )
)
JEANNE MILSTEIN, CHILD ADVOCATE OF )
THE STATE OF CONNECTICUT )
)                             CIVIL ACTION NO.
    PLAINTIFFS              )                             3:02 CV 00429 (RNC)
        v.                          )
)
CONNECTICUT DEPARTMENT OF )
CHILDREN AND FAMILIES, and )
)
DARLENE DUNBAR, in her official )
capacity as Commissioner of the State of )
Connecticut Department of Children and Families, )
ET AL. )
)
    DEFENDANTS.             )       APRIL 6, 2006

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 7e of the Local Rules of Civil Procedure of the United States District Court for the District of Connecticut, the undersigned respectfully requests leave to withdraw her appearance for the Kevin P., who was denied named-plaintiff status in this case. The potential Kevin P.'s interests are adequately represented by Plaintiffs' counsel in this matter.

Respectfully Submitted,
Kevin P.,

By _____
Victoria L. Veltri
Federal Bar No. CT 19754
Greater Hartford Legal Aid, Inc.
999 Asylum Ave., Third Floor
Hartford, CT 06105-2465
(860)541-5037
(860)541-5050 – facsimile

April 11, 2006. Granted. So ordered.
Robert N. Chatigny, U.S.D.J.

2006 APR 11 A 10:07
DISTRICT COURT
HARTFORD, CT