UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF CONNECTICUT

* * * * * * * * * * * * * * * * * * *

W.R., individually and on behalf of her minor son, JOSEPH R.; SUSAN K.; M.O., individually and on behalf of her minor son, OMAR S.; and on behalf of all others similarly situated

PLAINTIFFS

VS.

CONNECTICUT DEPARTMENT OF CHILDREN AND FAMILIES, and

CHRISTINE REGALIA, in her official capacity as Commissioner of the Connecticut Department of Children and Families

DEFENDANTS

CIV. NO. 302CV429 RNC

April 7, 2006

* * * * * * * * * * * * * * * * * * * * * * * *

April 11, 2006. Granted. So ordered.
Robert N. Chatigny, U.S.D.J.

## PLAINTIFFS' MOTION FOR CONTINUANCE

Pursuant to Fed. Rule Civ. Proc. 7(b) and Local Rule 7(b), plaintiffs respectfully request a continuance of the hearing on all pending motions currently set down for April 20, 2006. In support of this motion, plaintiffs state the following:

1. Reference is made to Plaintiffs' Motion for Status Conference filed contemporaneously herewith. In their motion, plaintiffs requested that this court hold