UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

W.R., individually and on behalf of her minor son,
JOSEPH R.; SUSAN K.; M.O., individually and on
behalf of her minor son, OMAR S.; and on behalf
of all others similarly situated et al

| | |
|---|---|
| PLAINTIFFS | CIV NO. 302CV429 (RNC) |
| VS. | |
| CONNECTICUT DEPARTMENT OF CHILDREN AND FAMILIES and | |
| DARLENE DUNBAR, in her official capacity as Commissioner of the Department of Children and Families | April 20, 2006 |
| DEFENDANTS | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MOTION TO PROSECUTE THIS ACTION USING A FICTITIOUS NAME**

Plaintiff Jeanne Milstein moves this court for permission to prosecute this action in the name of Samuel C., which name he has assumed for purpose of seeking relief under the laws of the United States.

This permission is necessary since the action involves facts such that public knowledge of the plaintiff's identity would constitute an invasion of his privacy and subject him to public obloquy and embarrassment. Plaintiff's true identity is stated in the attached affidavit filed under seal.

**ORAL ARGUMENT NOT REQUESTED**

**TESTIMONY NOT REQUIRED**

PLAINTIFF JEANNE MILSTEIN,


By:_____
Winona Zimberlin
Fed. Bar No. ct05501
2 Congress Street
Hartford, CT 06114
wzimberl@netscape.com
Tel:  860 249-5291
Fax:  860 247-4194

CERTIFICATION

      I hereby certify that a copy of the foregoing was mailed to the following counsel of record in accordance with Rule 5(b) of the FRCP on this     day of April, 2006 to:

Attorney Susan Pearlman
MacKenzie Hall
110 Sherman Street
Hartford, CT 06105

Attorney Carolyn A. Signorelli
Assistant Attorney General
55 Elm Street
Hartford, CT  06106
Phone: 860 808-5160
Fax: 860 808-5384

Attorney Anne Louise Blanchard
Connecticut Legal Services, Inc.
872 Main Street
P. O. Box 872
Willimantic, CT 06226

Attorney Bet Gailor
Connecticut Legal Services, Inc.
872 Main Street
P. O. Box 872
Willimantic, CT 06226

Attorney Catherine Williams
Connecticut Legal Services, Inc.
211 State Street
Bridgeport, CT 06604

                                                                        _____
                                                                         Winona Zimberlin