UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

*******************************************

W.R., individually and on behalf of her minor son,
JOSEPH R.; SUSAN K.; M.O., individually and on
behalf of her minor son, OMAR S.; and on behalf
of all others similarly situated, et al

      PLAINTIFFS

CIV NO. 302CV429 (RNC)

VS.
CONNECTICUT DEPARTMENT OF CHILDREN
AND FAMILIES and
DARLENE DUNBAR, in her official capacity as
Commissioner of the Department of Children and
Families                                                                                  April 20 , 2006
      DEFENDANTS
*******************************************

## MOTION TO SEAL AFFIDAVIT

Plaintiff Jeanne Milstein respectfully requests that this court grant this Motion to Seal the Affidavit in Support of Motion to Prosecute this Action Using a Fictitious Name.

In support of this motion, plaintiff states the following:

1. In light of the highly personal nature of the facts contained in his complaint, plaintiff Milstein submitted to the court contemporaneously herewith a Motion for Permission to Prosecute this Action Using a Fictitious Name requesting that Samuel C.'s true identity be protected from public disclosure.

2. The identity of the plaintiff has been set forth for the court's information in an affidavit signed by Winona W. Zimberlin, counsel for the plaintiff Milstein.

3. Granting the plaintiff's Motion to Seal the Affidavit will permit the plaintiff to protect his true identity from public disclosure while permitting him to file suit using a fictitious name.

For these reasons, the plaintiff respectfully requests that this motion be granted.

                PLAINTIFF JEANNE MILSTEIN,


By:_____
     Winona Zimberlin
     Fed. Bar No. ct05501
     2 Congress Street
     Hartford, CT 06114
     wzimberl@netscape.com
     Tel:  860 249-5291
     Fax:  860 247-4194

CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following counsel of record in accordance with Rule 5(b) of the FRCP on this    day of April, 2006 to:

Attorney Susan Pearlman
MacKenzie Hall
110 Sherman Street
Hartford, CT 06105

Attorney Carolyn A. Signorelli
Assistant Attorney General
55 Elm Street
Hartford, CT  06106
Phone: 860 808-5160
Fax: 860 808-5384

Attorney Anne Louise Blanchard
Connecticut Legal Services, Inc.
872 Main Street
P. O. Box 872
Willimantic, CT 06226

Attorney Bet Gailor
Connecticut Legal Services, Inc.
872 Main Street
P. O. Box 872
Willimantic, CT 06226

Attorney Catherine Williams
Connecticut Legal Services, Inc.
211 State Street
Bridgeport, CT 06604

_____
Winona Zimberlin