UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

*******************************************
W.R., individually and on behalf of her minor son,
JOSEPH R.; SUSAN K.; M.O., individually and on
behalf of her minor son, OMAR S.; and on behalf
of all others similarly situated et al

        PLAINTIFFS                          CIV NO. 302CV429 (RNC)

VS.
CONNECTICUT DEPARTMENT OF CHILDREN
AND FAMILIES and
DARLENE DUNBAR, in her official capacity as
Commissioner of the Department of Children and
Families                                           April 20, 2006
        DEFENDANTS

Notice of Manual Filing

      Please take notice that Plaintiffs have manually filed the following document or thing:

Affidavit

This document has not been filed electronically because

[ ]    the document or thing cannot be converted to an electronic format
[ ]    the electronic file size of the document exceeds 1.5 megabytes
[X]    the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[ ]    Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

                              Respectfully submitted,
                              PLAINTIFF Jeanne Milstein,


_____
By: Winona W. Zimberlin
2 Congress St.
Hartford, CT. 06114
(860) 249-5291
Federal Bar No. ct 05501

CERTIFICATION

      I hereby certify that a copy of the foregoing was mailed to the following counsel of record in accordance with Rule 5(b) of the FRCP on this 20 day of April, 2006 to:

Attorney Susan Pearlman
MacKenzie Hall
110 Sherman Street
Hartford, CT 06105

Attorney Carolyn A. Signorelli
Assistant Attorney General
55 Elm Street
Hartford, CT 06106
Phone: 860 808-5160
Fax: 860 808-5384

Attorney Anne Louise Blanchard
Connecticut Legal Services, Inc.
872 Main Street
P. O. Box 872
Willimantic, CT 06226

Attorney Bet Gailor
Connecticut Legal Services, Inc.
872 Main Street
P. O. Box 872
Willimantic, CT 06226

Attorney Catherine Williams
Connecticut Legal Services, Inc.
211 State Street
Bridgeport, CT 06604

                                                    _____
                                                    Winona W. Zimberlin