UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

BARBARA P., on her own behalf,

    PLAINTIFFS

CIV NO. 302CV429 (RNC)

VS.

CONNECTICUT DEPARTMENT OF CHILDREN
AND FAMILIES and
DARLENE DUNBAR, in her official capacity as
Commissioner of the Department of Children and
Families,

APRIL 18, 2006

    DEFENDANTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION FOR PERMISSION TO PROSECUTE THIS ACTION USING A FICTITIOUS NAME

Plaintiff moves this court for permission to prosecute this action in the name of Barbara P. which name she has assumed for purpose of seeking relief under the laws of the United States.

This permission is necessary since the action involves facts such that public knowledge of the plaintiff's identity would constitute an invasion of his privacy and subject him to public obloquy and embarrassment. Plaintiff's true identity is stated in the attached affidavit filed under seal.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

Plaintiff, Barbara P.,

BY  *Catherine L. Williams* (signature)
Catherine L. Williams, Her attorney
Connecticut Legal Services, Inc
211 State Street
Bridgeport, CT 06604
Fed. Bar No. ct02059
cwilliams@connlegalservices.org
Tel: 203-336-3851
Fax: 203-333-4976

CERTIFICATION

I certify that a copy of the foregoing Motion for Permission to Prosecute This Action Using a Fictitious Name was mailed, postage prepaid, to the following counsel of record on the 18'th day of April 2006 to:

Attorney Susan T. Pearlman
Assistant Attorney General
MacKenzie Hall
110 Sherman Street
Hartford, CT 06106

Attorney Carolyn Signorelli
Assistant Attorney General
55 Elm Street
Hartford, CT 06105

Attorney Anne Louise Blanchard
Connecticut Legal Services, Inc.
872 Main Street
P.O. Box 872
Willimantic, CT 06226

Attorney Bet Gailor
Connecticut Legal Services, Inc.
872 Main Street
P.O. Box 872
Willimantic, CT 06226

Attorney Winona Zimberlin
2 Congress Street
Hartford, CT 06114

Catherine L. Williams