UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

BARBARA P., on her own behalf,

PLAINTIFF

CIV NO. 302CV429 (RNC)

VS.

CONNECTICUT DEPARTMENT OF CHILDREN
AND FAMILIES and
DARLENE DUNBAR, in her official capacity as
Commissioner of the Department of Children and
Families,

APRIL 18, 2006

DEFENDANTS
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

MOTION TO SEAL AFFIDAVIT

Plaintiff respectfully requests that this court grant this Motion to Seal the Affidavit in Support of Motion to Prosecute this Action Using a Fictitious Name

In support of this motion, plaintiff states the following:

1. In light of the highly personal nature of the facts contained in her complaint, the plaintiff has submitted to the court contemporaneously herewith a Motion for Permission to Prosecute this Action Using a Fictitious Name requesting that Barbara P.'s true identity be protected from public disclosure.

2. The identity of the plaintiff has been set forth for the court's information in an affidavit signed by Catherine L. Williams, a counsel for the plaintiff.

ORAL ARGUMENT IS REQUESTED
TESTIMONY NOT REQUIRED

3. Granting the plaintiff's Motion to Seal the Affidavit only will permit the plaintiff to protect his true identity from public disclosure while permitting him to file suit using a fictitious name.

For these reasons, the plaintiff respectfully requests that this motion be granted.

PLAINTIFF Barbara P.,

BY *Catherine L. Williams*
Catherine L. Williams, Her attorney
Connecticut Legal Services, Inc
211 State Street
Bridgeport, CT 06604
Fed. Bar No. ct02059
cwilliams@connlegalservices.org
Tel: 203-336-3851
Fax: 203-333-4976

## CERTIFICATION

I certify that a copy of the foregoing Motion to Seal Affidavit was mailed, postage prepaid, to the following counsel of record on the 18th day of April 2006 to:

Attorney Susan T. Pearlman
Assistant Attorney General
MacKenzie Hall
110 Sherman Street
Hartford, CT 06106

Attorney Carolyn Signorelli
Assistant Attorney General
55 Elm Street
Hartford, CT 06105

Attorney Anne Louise Blanchard
Connecticut Legal Services, Inc.
872 Main Street
P. O. Box 872
Willimantic, CT 06226

Attorney Bet Gailor
Connecticut Legal Services, Inc.
872 Main Street
P. O. Box 872
Willimantic, CT 06226

Attorney Winona Zimberlin
2 Congress Street
Hartford, CT 06114

Catherine L. Williams