

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

BARBARA P., on her own behalf,.

PLAINTIFFS

CIV NO. 302CV429 (RNC)

VS.

CONNECTICUT DEPARTMENT OF CHILDREN
AND FAMILIES and
DARLENE DUNBAR, in her official capacity as
Commissioner of the Department of Children and
Families                                    April 18, 2006
DEFENDANTS
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION FOR JOINDER

Barbara P, respectfully requests that this court grant her motion to join pursuant to Fed. Rule Civ. Proc. 20(a) and Local Rule of Civ. Proc. 7(a). In support of this motion, plaintiff states the following:

1. Plaintiff has filed a Complaint of Proposed Plaintiff Barbara P. contemporaneously herewith.

**ORAL ARGUMENT REQUESTED**
**TESTIMONY NOT REQUIRED**

2. In her complaint proposed plaintiff Barbara P., has raised claims that arise out of the same series of transactions or occurrences as the claims of the named plaintiffs Susan K., Omar S., and Joseph R. and proposed plaintiff Barbara P.

3. Barbara P.'s complaint raises legal issues that are identical to those raised by the original plaintiffs, and the factual basis for her claims is essentially the same as that of the original plaintiffs.

4. Joinder of Barbara P. would not result in prejudice to defendants, and is consistent with the principles of fundamental fairness.

5. Since Rule 20(a)'s requirements for permissive joinder have been satisfied, and for all of the reasons set forth in the memorandum of law accompanying this motion, Barbara P. respectfully requests that her motion for joinder be granted.

Respectfully submitted,

PLAINTIFF Barbara P.,

By: _____
Catherine L. Williams, Her attorney
Connecticut Legal Services, Inc
211 State Street
Bridgeport, CT 06604
Fed. Bar No. ct02059
cwilliams@connlegalservices.org
Tel: 203-336-3851
Fax: 203-333-4976

## CERTIFICATION

I certify that a copy of the foregoing Motion for Joinder was mailed, postage prepaid, to the following counsel of record on the 18th day of April 2006 to:

Attorney Susan T. Pearlman
Assistant Attorney General
MacKenzie Hall
110 Sherman Street
Hartford, CT 06106

Attorney Carolyn Signorelli
Assistant Attorney General
55 Elm Street
Hartford, CT 06105

Attorney Anne Louise Blanchard
Connecticut Legal Services, Inc.
872 Main Street
P. O. Box 872
Willimantic, CT 06226

Attorney Bet Gailor
Connecticut Legal Services, Inc.
872 Main Street
P. O. Box 872
Willimantic, CT 06226

Attorney Winona Zimberlin
2 Congress Street
Hartford, CT 06114

Catherine L. Williams