UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

W.R., individually and on behalf of her minor
son, JOSEPH R.; SUSAN K.; M.O., individually
and on behalf of her minor son, OMAR'S; and on
behalf of all others similarly situated, and

JEANNE MILSTEIN, CHILD ADVOCATE OF
THE STATE OF CONNECTICUT                    CIVIL ACTION NO.
    *Plaintiffs*                                       3:02CV429(RNC)

v.

CONNECTICUT DEPARTMENT OF CHILDREN
AND FAMILIES, and
DARLENE DUNBAR, in her official capacity as
Commissioner of the Connecticut Department of
Children and Families,
    *Defendants*                                    MARCH 27, 2006

### MOTION TO WITHDRAW APPEARANCE
### AND
### NOTICE OF SUBSTITUTION

Assistant Attorney General Carolyn Signorelli, filed an appearance to represent the defendant(s) in the above captioned litigation.

Pursuant to Local Rule 7(e), Assistant Attorney General Carolyn Signorelli hereby moves the Court for an order permitting the withdrawal of her appearance on behalf of the defendant(s).

**ORAL ARGUMENT IS/NOT REQUESTED**
**TESTIMONY IS/NOT REQUIRED**

April 24, 2006. Granted. So ordered.
Robert N. Chatigny, U.S.D.J.