FILED

2006 APR 20 P 1:00

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DISTRICT COURT
HARTFORD, CT.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

W.R., individually and on behalf of her minor son,
JOSEPH R.; SUSAN K.; M.O., individually and on
behalf of her minor son, OMAR S.; and on behalf
of all others similarly situated, et al

PLAINTIFFS

CIV NO. 302CV429 (RNC)

VS.
CONNECTICUT DEPARTMENT OF CHILDREN
AND FAMILIES and
DARLENE DUNBAR, in her official capacity as
Commissioner of the Department of Children and
Families

DEFENDANTS

April 20, 2006

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

April 24, 2006. Granted. So ordered. Robert N. Chatigny, U.S.D.J.

MOTION TO SEAL AFFIDAVIT

Plaintiff Jeanne Milstein respectfully requests that this court grant this Motion to Seal the Affidavit in Support of Motion to Prosecute this Action Using a Fictitious Name.

In support of this motion, plaintiff states the following:

1. In light of the highly personal nature of the facts contained in his complaint, plaintiff Milstein submitted to the court contemporaneously herewith a Motion for Permission to Prosecute this Action Using a Fictitious Name requesting that Samuel C.'s true identity be protected from public disclosure.