FILED

2006 APR 20 P 1: 00

DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

*******************************************

W.R., individually and on behalf of her minor son,
JOSEPH R.; SUSAN K.; M.O., individually and on
behalf of her minor son, OMAR S.; and on behalf
of all others similarly situated et al

PLAINTIFFS

VS.

CONNECTICUT DEPARTMENT OF CHILDREN
AND FAMILIES and
DARLENE DUNBAR, in her official capacity as
Commissioner of the Department of Children and
Families

DEFENDANTS

CIV NO. 302CV429 (RNC)

April 20, 2006

*******************************************

Granted. So ordered.

Robert N. Chatigny, U.S.D.J.

April 24, 2006.

## MOTION TO PROSECUTE THIS ACTION USING A FICTITIOUS NAME

Plaintiff Jeanne Milstein moves this court for permission to prosecute this action in the name of Samuel C., which name he has assumed for purpose of seeking relief under the laws of the United States.

This permission is necessary since the action involves facts such that public knowledge of the plaintiff's identity would constitute an invasion of his privacy and subject him to public obloquy and embarrassment. Plaintiff's true identity is stated in the attached affidavit filed under seal.

**ORAL ARGUMENT NOT REQUESTED**

**TESTIMONY NOT REQUIRED**