UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

FILED

2006 APR 21 P 2: 18

*********************************************
BARBARA P., on her own behalf,

    PLAINTIFFS

                                        CIV NO. 302CV429 (RNC)

VS.

CONNECTICUT DEPARTMENT OF CHILDREN
AND FAMILIES and
DARLENE DUNBAR, in her official capacity as
Commissioner of the Department of Children and
Families,

                                        APRIL 18, 2006
    DEFENDANTS
*********************************************

MOTION FOR PERMISSION TO PROSECUTE THIS ACTION
USING A FICTITIOUS NAME

Plaintiff moves this court for permission to prosecute this action in the name of Barbara P. which name she has assumed for purpose of seeking relief under the laws of the United States.

This permission is necessary since the action involves facts such that public knowledge of the plaintiff's identity would constitute an invasion of his privacy and subject him to public obloquy and embarrassment. Plaintiff's true identity is stated in the attached affidavit filed under seal.

April 25, 2006. Granted. So ordered. Robert N. Chatigny, U.S.D.J.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**