UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

FILED

2006 APR 21  P 2: 18

DISTRICT COURT
HORD, CT.

********************************************
BARBARA P., on her own behalf,

    PLAINTIFF

CIV NO. 302CV429 (RNC)

VS.

CONNECTICUT DEPARTMENT OF CHILDREN
AND FAMILIES and
DARLENE DUNBAR, in her official capacity as
Commissioner of the Department of Children and
Families,

    DEFENDANTS

APRIL 18, 2006

********************************************

## MOTION TO SEAL AFFIDAVIT

Plaintiff respectfully requests that this court grant this Motion to Seal the Affidavit in Support of Motion to Prosecute this Action Using a Fictitious Name.

In support of this motion, plaintiff states the following:

1. In light of the highly personal nature of the facts contained in her complaint, the plaintiff has submitted to the court contemporaneously herewith a Motion for Permission to Prosecute this Action Using a Fictitious Name requesting that Barbara P.'s true identity be protected from public disclosure.

2. The identity of the plaintiff has been set forth for the court's information in an affidavit signed by Catherine L. Williams, a counsel for the plaintiff.

ORAL ARGUMENT IS REQUESTED
TESTIMONY NOT REQUIRED

April 25, 2006. Granted. So ordered. Robert N. Chatigny, U.S.D.J.