UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| W.R., individually and on behalf of Her minor son, Joseph R; Susan K, M.O. individually and on behalf of all others similarly situated | : : : : | CIVIL ACTION NO. 3: 02-cv-00429 (RNC) |
| Plaintiffs | : |  |
| vs. | : |  |
|  | : | APRIL 27, 2006 |
| Connecticut Department of Children and Families and Darlene F. Dunbar, in her official capacity as Commissioner of the Department of Children and Families Defendants | : |  |

## **APPEARANCE**

To the Clerk of the United States District Court for the District of Connecticut:

Please enter the appearance of the undersigned in this action for the

Defendants in addition to the appearance already on file.

                                  DARLENE F. DUNBAR, MSW
                                  COMMISSIONER

                                  RICHARD BLUMENTHAL
                                  ATTORNEY GENERAL

BY: _____
       JOHN E. TUCKER
       Assistant Attorney General
       Federal Juris No. CT 04576
       110 Sherman Street
       Hartford, CT  06105
       Tel: (860) 808-5480
       Fax: (860) 808-5590
       John.Tucker@PO.State.Ct.Us.

## **CERTIFICATION**

I hereby certify on this day of April 27, 2006, a copy of the foregoing was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure, via first class mail, postage prepaid to:

Anne Louise Blanchard, Esq.
Bet  J. Gailor, Esq.
Douglas M. Crockett, Esq.
Connecticut Legal Services, Inc.
872 Main Street
Willimantic, CT 06226
Tel: (860) 456-1761
Fax: (860) 456-7420

Catherine L. Williams, Esq.
Connecticut Legal services, Inc.
211 State Street
Bridgeport, CT 06604
Tel: (203) 336-3851
Fax: (203) 333-4976

Winona Wellman Zimberlin, Esq.
2 Congress Street
Hartford, CT 06114
Tel: (860) 249-5291
Fax: (860) 247-4194

Susan T. Pearlman, Esq.
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Tel: (860) 808-5480
Fax: (860 808-5590

_____
 John E. Tucker
Assistant Attorney General