UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2006 MAY -5 A 9: 40

W.R. ET AL.,

    Plaintiffs,

v.

CASE NO. 3:02CV429 (RNC)

CONNECTICUT DEPARTMENT OF
CHILDREN AND FAMILIES, ET AL.,

    Defendants.

## REFERRAL TO MAGISTRATE JUDGE

This case is hereby referred to Magistrate Judge Donna F. Martinez for the following:

____ For all pretrial matters excluding trial, unless the parties consent to trial before the magistrate judge;

____ To confer with the parties and enter the scheduling order required by F.R.Civ.P. 16(b);

____ To supervise discovery and resolve discovery disputes;

__X__ To conduct settlement conferences;

____ To conduct a status conference and enter a new scheduling order;

____ To assist the parties in preparing a joint trial memorandum;

____ A hearing on damages and attorney fees;

____ A ruling on the following pending motions: _____

So ordered.

Dated at Hartford, Connecticut this ____ day of May, 2006.

Robert N. Chatigny, U.S.D.J.