UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF CONNECTICUT

* * * * * * * * * * * * * * * * * * * * * * * *

W.R., individually and on behalf of her minor son,
JOSEPH R.; SUSAN K.; M.O., individually and on
behalf of her minor son, OMAR S.; and on behalf
of all others similarly situated;

JEANNE MILSTEIN, CHILD ADVOCATE OF
THE STATE OF CONNECTICUT

    PLAINTIFFS

VS.

CIV. NO. 302CV429 RNC

CONNECTICUT DEPARTMENT OF CHILDREN
AND FAMILIES, and

DARLENE DUNBAR, in her official capacity as
Commissioner of the Connecticut Department of
Children and Families

    DEFENDANTS                    May 22, 2006

* * * * * * * * * * * * * * * * * * * * * * * * * *

### Motion for A Continuance of June 15th Hearing Date

Plaintiffs respectfully request a continuance of the currently scheduled hearing for Plaintiffs' pending Motion for Class Certification and the Motions for Joinder. Plaintiffs expect to call one expert witness, Mary Lou Sudders, former Commissioner of the Massachusetts Department of Mental Health at the hearing, in addition to one non-expert witness. Although plaintiffs understood

1

that Ms. Sudders was available to testify during the morning of June 15th, she is in fact only available during the afternoon of that date, due to a previous commitment[1] in the morning of June 15th.

This is plaintiffs' first request for a continuance and defendants have no objection. Plaintiffs apologize in advance for the inconvenience associated with this request.

By _____
Anne Louise Blanchard,
Connecticut Legal Services
Federal Bar No. ct 08718
872 Main Street
Willimantic, Connecticut 06226
Telephone: (860) 456-1761
Fax:: 860 456-7420
Ablanchard@connlegalservices.org

---

[1] Ms. Sudders is the President and CEO of the Massachusetts Society for the Prevention of Cruelty to Children (MSPCC). The MSPCC is a private, nonprofit society incorporated in 1878, which provided services and programs to over 90,000 children and families in the last year. Although Ms. Sudders is permitted to act as an expert in areas outside of Massachusetts, a condition of her employment is to address her Board at quarterly Board meetings. Once such meeting is the morning of June 15, 2006.

## CERTIFICATION

I certify that a copy of the foregoing Motion for a Continuance was mailed by United States mail, postage prepaid, to the following counsel of record on this 22nd day of May, 2006.

Attorney Susan T. Pearlman
Attorney John Tucker
Assistant Attorneys General
MacKenzie Hall
110 Sherman Street
Hartford, CT 06106

Attorney Winona Zimberlin
2 Congress Street
Hartford, CT 06114

_____
Anne Louise Blanchard