UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF CONNECTICUT

* * * * * * * * * * * * * * * * * * * * * * * *

W.R., individually and on behalf of her minor son,
JOSEPH R.; SUSAN K.; M.O., individually and on
behalf of her minor son, OMAR S.; and on behalf
of all others similarly situated;

JEANNE MILSTEIN, CHILD ADVOCATE OF
THE STATE OF CONNECTICUT

    PLAINTIFFS

VS.

                                  CIV. NO. 302CV429 RNC

CONNECTICUT DEPARTMENT OF CHILDREN
AND FAMILIES, and

DARLENE DUNBAR, in her official capacity as
Commissioner of the Connecticut Department of
Children and Families

    DEFENDANTS                           May 22, 2006

* * * * * * * * * * * * * * * * * * * * * * * * * *

### Motion for A Continuance of June 15th Hearing Date

Plaintiffs respectfully request a continuance of the currently scheduled hearing for Plaintiffs' pending Motion for Class Certification and the Motions for Joinder. Plaintiffs expect to call one expert witness, Mary Lou Sudders, former Commissioner of the Massachusetts Department of Mental Health at the hearing, in addition to one non-expert witness. Although plaintiffs understood

1

[Handwritten margin note:] May 23, 2006. Granted in part. The hearing is rescheduled to begin at 1:00 p.m. on June 15, 2006. So ordered. Robert N. Chatigny, U.S.D.J.