UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

* * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| W.R., individually and on behalf of her minor son, JOSEPH R.; SUSAN K.; M.O., individually and on behalf of her minor son, OMAR S.; and on behalf of all others similarly situated, and<br><br>JEANNE MILSTEIN, CHILD ADVOCATE OF THE STATE OF CONNECTICUT<br><br>    PLAINTIFFS<br><br>V.<br><br>CONNECTICUT DEPARTMENT OF CHILDREN AND FAMILIES, and<br><br>DARLENE DUNBAR, in her official capacity as Commissioner of the Connecticut Department of Children and Families,<br><br>    DEFENDANTS | CIV. NO. 302CV429 (RNC)<br><br><br><br><br><br><br><br>June 13, 2006 |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFF'S MOTION TO FILE CORRECTED SECOND MOTION
FOR CLASS CERTIFICATION AND CORRECTED MEMORANDUM
IN SUPPORT OF PLAINTIFFS' SECOND MOTION FOR CLASS
CERTIFICATION DATED MAY 1, 2005**

Pursuant to Federal Rules of Civil Procedure 7(b) and Local Rule 7(a), plaintiffs move for permission to file corrected copies of their Second Motion for Class Certification and accompanying Memorandum in Support thereof filed on May 1, 2005. In support of this motion, plaintiffs state the following.

1. During a telephonic status conference with the court held May 4, 2006, the court inquired how plaintiffs were defining the term "youth" in their motion for class certification. Thereupon, plaintiffs realized that a footnote defining "youth" as "children, youth and young adults between the ages of 0 to 21" apparently had been omitted due to word processing error that occurred when the document was converted from a Wordperfect format, the format generally used by Connecticut Legal Services, to a Word document. Plaintiffs wish to correct this typographical error by submitting corrected copies of their Second Motion for Class Certification and their Memorandum of Law in Support of Plaintiffs' Second Motion for Class Certification.

2. Plaintiffs submit with this motion corrected copies of their Second Motion for Class Certification and Memorandum in Support, both of which have been changed to add the missing footnote to the proposed class definition; no further changes or modifications of any kind have been made.

3. Plaintiffs respectfully request that the court permit them to correct their error

by substituting the corrected copies for the documents previously filed.

Respectfully submitted,

       PLAINTIFFS,

By:  */s/ A.L. Blanchard*
    Anne Louise Blanchard, Their Attorney
    Fed. Bar No. ct08718
    Connecticut Legal Services, Inc.
    872 Main Street, P. O. Box 258
    Willimantic, Connecticut 06226
    Fax: 860 456-7420
    ablanchard@connlegalservices.org

CERTIFICATION

I hereby certify that a copy of the foregoing motion, together with corrected copies of Plaintiffs' Second Motion for Class Certification and Plaintiffs' Memorandum of Law in Support of Plaintiffs' Second Motion for Class Certification were mailed by overnight mail to the following counsel of record in accordance with Rule 5(b) of the FRCP on this 13th day of June, 2006:

Attorney Susan Pearlman
Office of the Attorney General
MacKenzie Hall
110 Sherman Street
Hartford, CT 06105

Attorney John Tucker
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105

Attorney Winona Zimberlin
2 Congress Street
Hartford, CT 06114

_____
Anne Louise Blanchard