UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
W.R., individually and on behalf of
her minor son, JOSEPH R.; SUSAN K.;
M.O., individually and on behalf of
her minor son, OMAR S.; and on behalf
of all others similarly situated, and
JEANNE MILSTEIN, CHILD ADVOCATE

     PLAINTIFFS

BRANDON L.,
     APPLICANT FOR INTERVENTION

VS.                                    CIV NO.302CV429(RNC)

CONNECTICUT DEPARTMENT OF CHILDREN
AND FAMILIES and
DARLENE DUNBAR, in her official
capacity as Commissioner of the
Department of Children and Families,

     DEFENDANTS                    June 14, 2006
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

MOTION TO INTERVENE AS
A PLAINTIFF PURSUANT
TO RULE 24, Fed.R.Civ.P.

     Brandon L. moves for leave to intervene as a plaintiff in this action, pursuant to Fed. R. Civ.P.24(b),in order to assert the claims set forth in his proposed complaint, of which a copy is hereto attached, on the ground that his claims involve questions of law and of fact that are essentially the same as those set forth in the complaint in this action.

     Allowing the applicant to intervene as a plaintiff would reduce the likelihood of duplicative lawsuits relating to the

type of claims raised by the existing plaintiffs and the proposed intervenor.

A Memorandum of Law in support of this motion is submitted herewith.

APPLICANT FOR INTERVENTION
Brandon L.

BY: _Mildred Doody_____

Mildred Doody
His Attorney
426 State Street
New Haven, CT 06510
Fed. Bar No. ct00813
mdoody@nhlegal.org
Tel: 203-946-4811
Fax: 203-498-9271

2

CERTIFICATION

I certify that a copy of the foregoing Motion to Intervene was mailed, postage prepaid, to the following counsel of record on the 14th day of June, 2006 to:

Attorney Susan T. Pearlman
Assistant Attorney General
MacKenzie Hall
110 Sherman Street
Hartford, CT 06106

Attorney John Tucker
Assistant Attorney General
55 Elm Street
Hartford, CT 06105

Attorney Anne Louise Blanchard
Connecticut Legal Services, Inc.
872 Main Street
P.O. Box 872
Willimantic, CT 06226

Attorney Bet Gailor
Connecticut Legal Services, Inc.
872 Main Street
P.O. Box 872
Willimantic, CT 06226

Attorney Winona Zimberlin
2 Congress Street
Hartford, CT 06114

Attorney Catherine L. Williams
Connecticut Legal Services, Inc.
211 State Street
Bridgeport, CT 06604

Mildred Doody