UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

*************************************
W.R., individually and on behalf of
her minor son, JOSEPH R.; SUSAN K.;
M.O., individually and on behalf of
her minor son, OMAR S.; and on behalf
of all others similarly situated, and
JEANNE MILSTEIN, CHILD ADVOCATE

    PLAINTIFFS

BRANDON L.,
    APPLICANT FOR INTERVENTION

VS.                                    CIV NO.302CV429(RNC)

CONNECTICUT DEPARTMENT OF CHILDREN
AND FAMILIES and
DARLENE DUNBAR, in her official
capacity as Commissioner of the
Department of Children and Families,

    DEFENDANTS                         June 14, 2006
*************************************

MOTION FOR PERMISSION TO PROSECUTE THIS ACTION
USING A FICTITIOUS NAME

The applicant for intervention as Plaintiff moves this

court for permission to prosecute this action in the name of

Brandon L., which name he has assumed for purpose of seeking

relief under the laws of the United States.

This permission is necessary since the action involves

facts such that public knowledge of the plaintiff's identity

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

would constitute an invasion of privacy and subject him to

public obloquy and embarrassment.  Plaintiff's true identity is

stated in the attached affidavit filed under seal.

Plaintiff, Brandon L.

BY

Mildred Doody
His Attorney
426 State Street
New Haven, CT 06510
Fed. Bar No. ct00813
mdoody@nhlegal.org
Tel: 203-946-4811
Fax: 203-498-9271

2

## CERTIFICATION

I certify that a copy of the foregoing Motion for Permission to Prosecute This Action Using A Fictitious Name was mailed, postage prepaid, to the following counsel of record on the 14th day of June, 2006 to:

Attorney Susan T. Pearlman
Assistant Attorney General
MacKenzie Hall
110 Sherman Street
Hartford, CT 06106

Attorney John Tucker
Assistant Attorney General
55 Elm Street
Hartford, CT 06105

Attorney Anne Louise Blanchard
Connecticut Legal Services, Inc.
872 Main Street
P.O. Box 872
Willimantic, CT 06226

Attorney Bet Gailor
Connecticut Legal Services, Inc.
872 Main Street
P.O. Box 872
Willimantic, CT 06226

Attorney Winona Zimberlin
2 Congress Street
Hartford, CT 06114

Attorney Catherine L. Williams
Connecticut Legal Services, Inc.
211 State Street
Bridgeport, CT 06604

Mildred Doody