UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
W.R., individually and on behalf of
her minor son, JOSEPH R.; SUSAN K.;
M.O., individually and on behalf of
her minor son, OMAR S.; and on behalf
of all others similarly situated, and
JEANNE MILSTEIN, CHILD ADVOCATE

    PLAINTIFFS

BRANDON L.,
    APPLICANT FOR INTERVENTION

VS.                                         CIV NO.302CV429(RNC)

CONNECTICUT DEPARTMENT OF CHILDREN
AND FAMILIES and
DARLENE DUNBAR, in her official
capacity as Commissioner of the
Department of Children and Families,

    DEFENDANTS                         June 14, 2006
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

(REDACTED)
<u>AFFIDAVIT IN SUPPORT OF MOTION TO PROSECUTE THIS ACTION USING A
FICTITIOUS NAME</u>

I, Mildred Doody, being duly sworn, depose and say:

1. I am over the age of 18 and I understand the obligation of an oath.

2. I am an attorney for the applicant to intervene as plaintiff in the above-entitled action, who seeks to proceed under the name Brandon L.

3. I have personal knowledge of the facts presented in this affidavit.

4. The identity of the applicant to intervene as plaintiff referred to by a fictitious name in the accompanying complaint is                who was born on December 19, 1985. He currently resides at 825 Hartford Turnpike, Hamden, Connecticut 06517, at the Department of Children and Families High Meadows program.

5. The sensitive and personal information set forth in the complaint relating to the mental illness and neglect of the plaintiff would result in public humiliation, embarrassment and undue invasion of his privacy should his true identity be revealed on record.

WHEREFORE, I respectfully request permission to prosecute this motion and suit in the name of Brandon L.

_____
Mildred Doody

STATE OF CONNECTICUT:

:ss New Haven

COUNTY OF NEW HAVEN:

Subscribed and sworn to before me, this 14th day of June, 2006.

_____
Notary Public Erica M. Carp
My Commission expires 9/30/2010

2