UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| W.R., individually and on behalf of her minor son, JOSEPH R; SUSAN K; M.O., individually and on behalf of her minor son, OMAR S; and on behalf of all others similarly situated, and JEANNE MILSTEIN, CHILD ADVOCATE <br><br> PLAINTIFFS <br><br> BRANDON L., APPLICANT FOR INTERVENTION <br><br> V. <br><br> CONNECTICUT DEPARTMENT OF CHILDREN AND FAMILIES, and <br><br> DARLENE DUNBAR, in her official Capacity as Commissioner of the Connecticut Department of Children and Families, <br><br> DEFENDANTS | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) CIV. NO. 302CV429 (RNC) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) June 14, 2006 |

APPEARANCE

Please enter my appearance on behalf of Brandon L., Applicant to Intervene as Plaintiff.

_____
Mildred Doody
Fed. Bar No. ct00813
426 State Street
New Haven, CT 06510
mdoody@nhlegal.org
Tel: 203-946-4811
Fax: 203-498-9271

CERTIFICATION

I certify that a copy of the foregoing Appearance was mailed, postage prepaid, to the following counsel of record on the 14th day of June, 2006 to:

Attorney Susan T. Pearlman
Assistant Attorney General
MacKenzie Hall
110 Sherman Street
Hartford, CT 06106

Attorney John Tucker
Assistant Attorney General
55 Elm Street
Hartford, CT 06105

Attorney Anne Louise Blanchard
Connecticut Legal Services, Inc.
872 Main Street
P.O. Box 872
Willimantic, CT 06226

Attorney Bet Gailor
Connecticut Legal Services, Inc.
872 Main Street
P.O. Box 872
Willimantic, CT 06226

Attorney Winona Zimberlin
2 Congress Street
Hartford, CT 06114

Attorney Catherine L. Williams
Connecticut Legal Services, Inc.
211 State Street
Bridgeport, CT 06604

_____
Mildred Doody