AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF  Connecticut

W. R., ET AL

V.

DEPT. OF CHILDREN & FAMILIES, ET AL

**EXHIBIT AND WITNESS LIST**

Case Number:  3:02CV429 (RNC)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Chatigny | Blanchard, Gailor, Williams, Zimberlin | Pearlman, Tucker |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 6/15/06 | Warner | Walker |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 6/15/06 | | | Jeanne Millstein, 18-20 Trinity Street, Hartford, CT 06106 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages