UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

W.R., individually and on behalf of
her minor son, JOSEPH R.; SUSAN K.;
M.O., individually and on behalf of
her minor son, OMAR S.; and on behalf
of all others similarly situated, and
JEANNE MILSTEIN, CHILD ADVOCATE

    PLAINTIFFS

BRANDON L.,
    APPLICANT FOR INTERVENTION

VS.                              CIV NO.302CV429(RNC)

CONNECTICUT DEPARTMENT OF CHILDREN
AND FAMILIES and
DARLENE DUNBAR, in her official
capacity as Commissioner of the
Department of Children and Families,

    DEFENDANTS                    June 14, 2006

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

MOTION FOR PERMISSION TO PROSECUTE THIS ACTION
USING A FICTITIOUS NAME

The applicant for intervention as Plaintiff moves this court for permission to prosecute this action in the name of Brandon L., which name he has assumed for purpose of seeking relief under the laws of the United States.

This permission is necessary since the action involves facts such that public knowledge of the plaintiff's identity

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

*[Sideways stamp on left margin:]* June 15, 2006. Granted. So ordered. Robert N. Chatigny, U.S.D.J.