UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| W.R., individually and on behalf of<br>Her minor son, Joseph R; Susan K,<br>M.O. individually and on behalf<br>of all others similarly situated<br>    Plaintiffs<br>vs.<br><br>Connecticut Department of<br>Children and Families<br>    and<br>Darlene F. Dunbar, in her official<br>capacity as Commissioner of the<br>Department of Children and Families<br>    Defendants | CIVIL ACTION NO.<br>3: 02-cv-00429 (RNC)<br><br><br><br>JUNE 14, 2006 |

## DEFENDANTS' MOTION IN LIMINE TO EXCLUDE OR LIMIT THE TESTIMONY OF MARYLOU SUDDERS

This lawsuit was filed on March 8, 2002. The Court scheduled a motions hearing on the afternoon of June 15, 2006 to consider pending motions for class certification and joinder of new parties to the lawsuit. The plaintiffs indicated that they intended to call Marylou Sudders as a witness in the hearing on the issue of class certification. On June 12, 2006 at 2:05pm, plaintiff's counsel, Attorney Anne Louise Blanchard, sent an e-mail, with attachments, to defendants' counsel that stated in pertinent part:

> Over the weekend, the Child Advocate's Office provided the treatment plans etc. of 68 children pulled from the list of youth in DCF residential placements to Mary Lou Sudders to review for limited testimony on Thursday. I am disclosing them to you as part of our ongoing discovery obligations to you as potential plaintiffs, as well.

ORAL ARGUMENT REQUESTED/

TESTIMONY MAY BE REQUIRED

*Denied as moot. So ordered.*
*Robert N. Chatigny, U.S.D.J.*
*June 15, 2006.*