UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| W.R., individually and on behalf of her minor son, JOSEPH R.; SUSAN K.; M.O., individually and on behalf of her minor son, OMAR S.; and on behalf of all others similarly situated, and ) ) ) ) ) | |
| JEANNE MILSTEIN, CHILD ADVOCATE OF THE STATE OF CONNECTICUT ) ) ) | |
| PLAINTIFFS ) ) | |
| V. ) ) | CIV. NO. 302CV429 (RNC) |
| CONNECTICUT DEPARTMENT OF CHILDREN AND FAMILIES, and ) ) ) | |
| DARLENE DUNBAR, in her official capacity as Commissioner of the Connecticut Department of Children and Families, ) ) ) ) | |
| DEFENDANTS ) | June 13, 2006 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### PLAINTIFF'S MOTION TO FILE CORRECTED SECOND MOTION FOR CLASS CERTIFICATION AND CORRECTED MEMORANDUM IN SUPPORT OF PLAINTIFFS' SECOND MOTION FOR CLASS CERTIFICATION DATED MAY 1, 2005

Pursuant to Federal Rules of Civil Procedure 7(b) and Local Rule 7(a), plaintiffs move for permission to file corrected copies of their Second Motion for Class Certification and accompanying Memorandum in Support thereof filed on May 1, 2005. In support of this motion, plaintiffs state the following.

June 15, 2006.  Granted.  So ordered.
Robert N. Chatigny, U.S.D.J.