UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

W.R., individually and on behalf of
her minor son, JOSEPH R.; SUSAN K.;
M.O., individually and on behalf of
her minor son, OMAR S.; and on behalf
of all others similarly situated, and
JEANNE MILSTEIN, CHILD ADVOCATE

    PLAINTIFFS

BRANDON L.,
    APPLICANT FOR INTERVENTION

VS.                                        CIV NO.302CV429(RNC)

CONNECTICUT DEPARTMENT OF CHILDREN
AND FAMILIES and
DARLENE DUNBAR, in her official
capacity as Commissioner of the
Department of Children and Families,

    DEFENDANTS                        June 14, 2006
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>MOTION TO SEAL AFFIDAVIT</u>

The applicant to intervene as Plaintiff respectfully requests that this court grant this Motion to Seal the Affidavit in Support of Motion to Prosecute this Action Using a Fictitious Name.

In support of this motion, plaintiff states the following:

1. In light of the highly personal nature of the facts contained in his complaint, the plaintiff has submitted to the court contemporaneously herewith a Motion for Permission to

<u>**ORAL ARGUMENT NOT REQUESTED**</u>
<u>**TESTIMONY NOT REQUIRED**</u>

Prosecute this Action Using a Fictitious Name requesting that Brandon L.'s true identity be protected from public disclosure.

2. The identity of the applicant to intervene as plaintiff has been set forth for the court's information in an affidavit signed by Mildred Doody, his counsel.

3. Granting this Motion to Seal the Affidavit only will permit the applicant to protect his true identity from public disclosure while permitting him to file suit using a fictitious name.

For these reasons, the applicant to intervene as plaintiff respectfully requests that this motion be granted.

Plaintiff, Brandon L.

BY  _____
Mildred Doody
His Attorney
426 State Street
New Haven, CT 06510
Fed. Bar No. ct00813
mdoody@nhlegal.org
Tel: 203-946-4811
Fax: 203-498-9271

2

CERTIFICATION

I certify that a copy of the foregoing Motion to Seal was mailed, postage prepaid, to the following counsel of record on the 14th day of June, 2006 to:

Attorney Susan T. Pearlman
Assistant Attorney General
MacKenzie Hall
110 Sherman Street
Hartford, CT 06106

Attorney John Tucker
Assistant Attorney General
55 Elm Street
Hartford, CT 06105

Attorney Anne Louise Blanchard
Connecticut Legal Services, Inc.
872 Main Street
P.O. Box 872
Willimantic, CT 06226

Attorney Bet Gailor
Connecticut Legal Services, Inc.
872 Main Street
P.O. Box 872
Willimantic, CT 06226

Attorney Winona Zimberlin
2 Congress street
Hartford, CT 06114

Attorney Catherine L. Williams
Connecticut Legal Services, Inc.
211 State Street
Bridgeport, CT 06604

_____
Mildred Doody

3