UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

```
*************************************
```
W.R., individually and on behalf of
her minor son, JOSEPH R.; SUSAN K.;
M.O., individually and on behalf of
her minor son, OMAR S.; and on behalf
of all others similarly situated, and
JEANNE MILSTEIN, CHILD ADVOCATE

     PLAINTIFFS

BRANDON L.,
    APPLICANT FOR INTERVENTION

VS.                                    CIV NO.302CV429(RNC)

CONNECTICUT DEPARTMENT OF CHILDREN
AND FAMILIES and
DARLENE DUNBAR, in her official
capacity as Commissioner of the
Department of Children and Families,

    DEFENDANTS                         June 14, 2006
```
*************************************
```
MOTION TO SEAL AFFIDAVIT

    The applicant to intervene as Plaintiff respectfully requests that this court grant this Motion to Seal the Affidavit in Support of Motion to Prosecute this Action Using a Fictitious Name.

    In support of this motion, plaintiff states the following:

    1. In light of the highly personal nature of the facts contained in his complaint, the plaintiff has submitted to the court contemporaneously herewith a Motion for Permission to

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

[Margin stamp: So ordered. Granted. June 15, 2006. Robert N. Chatigny, U.S.D.J.]