FILED

2005 MAY -2 P 2:07

# UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| W.R., individually and on behalf of her minor son, JOSEPH R.; SUSAN K.; M.O., individually and on behalf of her minor son, OMAR S.; and on behalf of all others similarly situated, and <br><br> JEANNE MILSTEIN, CHILD ADVOCATE OF THE STATE OF CONNECTICUT <br><br> PLAINTIFFS <br><br> V. <br><br> CONNECTICUT DEPARTMENT OF CHILDREN AND FAMILIES, and <br><br> CHRISTINE REGALIA, in her official capacity as Commissioner of the Connecticut Department of Children and Families, <br><br> DEFENDANTS | CIV. NO. 302CV429 (RNC) <br><br><br><br><br><br><br><br><br><br> May 1, 2005 |

## SECOND MOTION FOR CLASS CERTIFICATION

Plaintiffs respectfully move that this court certify a Plaintiff class in this matter, as follows:

---

July 6, 2006.    W.R. v. Conn. Dep't of Children & Families
                  3:02-CV-429 (RNC)

Re: Plaintiffs' Second Motion for Class Certification (Doc. #60)

Denied as moot. With leave of the court, plaintiffs filed an amended second motion for class certification on June 20, 2006. (See Docs. #153, #154, #155.) So ordered.

Robert N. Chatigny, U.S.D.J.