## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| W.R., individually and on behalf of her minor son, Joseph R.; Susan K.; M.O., individually and on behalf of all others similarly situated<br>*Plaintiffs*<br><br>v.<br><br>Connecticut Department of Children and Families, and Darlene Dunbar, in her official capacity as Commissioner of the Connecticut Department of Children and Families<br>*Defendants* | )<br>)<br>)   CIVIL ACTION NO. 302CV429 RNC<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   July 21, 2005 |

### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 (c) of the Federal Rules of Civil Procedure, the defendants respectfully request that summary judgment be rendered in their favor based upon the following grounds:

1. With regard to two of the plaintiffs; Susan K. and Omar S., the matter is moot. As class certification has not been granted, their claims should

**September 30, 2006.** <u>W.R., et al. v. Connecticut Department of Children and Families, et al.</u>, Case No. 3:02-CV-429(RNC)

Re:  Motion for Summary Judgment (Doc. # 75)

The defendants' motion for summary judgment is hereby denied without prejudice to reinstatement in the event the case does not settle.  So ordered.



Robert N. Chatigny, U.S.D.J.