UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF CONNECTICUT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

W.R., individually and on behalf of her minor son,
JOSEPH R.; SUSAN K.; M.O., individually and on
behalf of her minor son, OMAR S.; and on behalf
of all others similarly situated

    PLAINTIFFS

VS.

CONNECTICUT DEPARTMENT OF CHILDREN
AND FAMILIES, and

DARLENE DUNBAR, in her official capacity as
Commissioner of the Connecticut Department of
Children and Families

    DEFENDANTS

CIV. NO. 302CV429 RNC

March 23, 2007

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## PARTIES' JOINT REPORT ON STATUS OF SETTLEMENT

Pursuant to this court's order dated March 14, 2007, (Martinez, J.), the parties file this joint report regarding the status of their private settlement discussions, and state as follows:

1. Counsel for both parties last met with mediator Robert Carl on December 1, 2006. At that time, the settlement was sufficiently developed that Dr. Carl and counsel for both parties mutually agreed the parties could finalize the settlement on

their own. Dr. Carl and the parties agreed that he would remain available at the discretion of either party.

2. Subsequently, counsel for both parties have continued to meet on a regular basis to finalize the details of a settlement agreement. In addition, counsel have exchanged multiple e-mails and conferred with each other via telephone to reach a consensus on a few unresolved, yet critical, details of the settlement terms. These discussions are on-going.

3. In its proposed budget submitted to the Office of Policy & Management in February, 2007, the Department of Children and Families (DCF) incorporated sufficient funds to implement the terms of the settlement agreement. Governor Rell has included funds appropriated to implement the W.R. suit in her proposed 2007 state budget, as well.

4. The Connecticut State Legislature must also approve the terms of this settlement agreement. In order to assure the implementation of the terms of the settlement agreement at the beginning of the state fiscal year on July 1, 2007, the parties must submit the agreement to the legislature no later than May 1, 2007.

4. Although some critical details of the agreement have not been resolved fully, counsel remain optimistic that a final agreement will be reached over the course of the next several weeks. It is the parties' intent to assure that the agreement will be signed and submitted to the legislature prior to the May 1, 2007 deadline.

5. The undersigned counsel for plaintiffs submitted this joint report prior to filing to defendants, John Tucker and Susan Pearlman, to Attorney Winona

Zimberlin, counsel for plaintiff Jeanne Milstein, Child Advocate for the State of Connecticut, and for proposed intervenor Samuel C., and Attorney Mildred Doody, counsel for proposed intervenor Brandon L., all of whom have reviewed it and acknowledge the accuracy of the statements made herein.

    Respectfully submitted,

                THE PARTIES,

By: _____
Bet Gailor, Attorney for Plaintiffs
Fed. Bar No. ct01981
Connecticut Legal Services, Inc.
872 Main Street, P.O. Box 258
Willimantic, Connecticut 06226
Tel.: (860) 456-1761
Fax: 860 456-7420
bgailor@connlegalservices.org