UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF CONNECTICUT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

W.R., individually and on behalf of her minor son,
JOSEPH R.; SUSAN K.; M.O., individually and on
behalf of her minor son, OMAR S.; and on behalf
of all others similarly situated

    PLAINTIFFS

VS.

CONNECTICUT DEPARTMENT OF CHILDREN
AND FAMILIES, and

DARLENE DUNBAR, in her official capacity as
Commissioner of the Connecticut Department of
Children and Families

    DEFENDANTS

CIV. NO. 302CV429
RNC

March 23, 2007

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2007, a copy of the foregoing Joint Status Report was filed electronically and serviced by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing

through the Court's CNM/ECF System.

_____
Bet Gailor

Attorney Susan Pearlman
Office of the Attorney General
MacKenzie Hall
110 Sherman Street
Hartford, CT 06105

Attorney John Tucker
Office of the Attorney General
MacKenzie Hall
110 Sherman Street
Hartford, CT 06105

Attorney Winona Zimberlin
2 Congress Street
Hartford, CT 06114

Attorney Mildred Doody
New Haven Legal Services
426 State Street
New Haven, CT 06510-2018

Attorney Douglas M. Crockett
Pont Augan
56440 Languidic
France
2 97 51 177

Chambers, Hon. Robert N. Chatigny
A-12 Abraham Ribicoff Federal Building
and United States Courthouse
450 Main Street
Hartford, CT 06103-3022

Chambers, Hon. Donna F. Martinez
450 Main Street
Hartford, CT 06103-3022

Robert Carl, Ph.D.
12 Norman Road
Jamestown, RI 02835