UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

W. R., individually and on :
behalf of her minor son, et al., :

V. : No. 3:02-CV-429(RNC)

Connecticut Department of :
Children and Families, et al., :

ORDER

In light of the parties' most recent report on the status of their settlement discussions (Doc. 169), the following motions are hereby denied without prejudice to renewal in the event the case does not settle: motion for joinder (Doc. 104), motion for joinder (Doc. 123), motion to intervene (Doc. 145) and motion to certify class (Doc. 154).

So ordered this 24th day of March 2007.

Robert N. Chatigny
United States District Judge