UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

APPEARANCE

Case Number: 302 CV 429RNC

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Jeanne Milstein, Child Advocate for the State of Connecticut

| | |
|---|---|
| March 30, 2007 | /s/ Christina D. Ghio |
| Date | Signature |
| | |
| ct27062 | Christina D. Ghio |
| Connecticut Federal Bar Number | Name |
| | |
| 860-566-2106 | Office of the Child Advocate |
| Fax Number | Address |
| | 18-20 Trinity Street |
| | Address |
| christina.ghio@po.state.ct.us | Hartford, CT  06106 |
| E-mail address | City, State, Zip |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 30, 2007, a copy of the foregoing <u>Appearance</u> was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

/s/ Christina D. Ghio
Christina D. Ghio
Fed. Bar No. ct27062
18-20 Trinity Street
Hartford, CT  06106
christina.ghio@po.state.ct.us
Tel:  860 566-2106
Fax:  860 566-2251