UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| W.R., individually and on behalf of her minor son, JOSEPH R.; SUSAN K.; M.O., individually and on behalf of her minor son, OMAR S.; and on behalf of all others similarly situated, and<br><br>JEANNE MILSTEIN, CHILD ADVOCATE OF THE STATE OF CONNECTICUT<br>  PLAINTIFFS<br><br>VS.<br><br>CONNECTICUT DEPARTMENT OF CHILDREN AND FAMILIES and<br>DARLENE DUNBAR, in her official capacity as Commissioner of the Department of Children and Families<br>  DEFENDANTS | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br><br>CIV NO. 302CV429 (RNC)<br><br>)<br>)<br>)<br>)<br>)<br>April 2, 2007 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 7(e), the undersigned hereby moves the Court for an order permitting the withdrawal of her appearance on behalf of the intervening plaintiff, Jeanne Milstein, Child Advocate. Attorney Christina Ghio has filed an appearance on her behalf.

ORAL ARGUMENT NOT REQUESTED
TESTIMONY NOT REQUIRED

                          PLAINTIFF, Jeanne Milstein on behalf of Samuel C.,

/s/_____
Winona Zimberlin, Her Attorney
Fed. Bar No. ct 05501
2 Congress Street
Hartford, CT 06114
wzimberl@lawyer.com
Tel:  860 249-5291
Fax:  860 247-4194

2

CERTIFICATION

      I certify that a copy of the foregoing Motion To Withdraw Appearance was mailed, postage prepaid, to the following counsel of record on the 2 day of April, 2007 to:

Attorney Susan T. Pearlman
Attorney John Tucker
Assistant Attorney General
MacKenzie Hall
110 Sherman Street
Hartford, CT 06106

Attorney Bet Gailor
Attorney Anne Louise Blanchard
Connecticut Legal Services, Inc.
872 Main Street
Willimantic, CT 06226

Attorney Catherine Williams
Connecticut Legal Services, Inc.
211 State St.
Bridgeport, Ct. 06604

Attorney Mildred Doody
New Haven Legal Assistance Association, Inc.
426 State St.
New Haven, Ct. 06510-2018

                                  _/s/_____
                                  Winona Zimberlin