*Robert N. Chatigny, United States District Judge*

*April 3, 2007. Granted. So ordered.*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

W.R., individually and on behalf of her minor )
son, JOSEPH R.; SUSAN K.; M.O., individually )
and on behalf of her minor son, OMAR S.; and )
on behalf of all others similarly situated, and )
)
JEANNE MILSTEIN, CHILD ADVOCATE OF )
THE STATE OF CONNECTICUT )
      PLAINTIFFS

CIV NO. 302CV429 (RNC)

VS.
CONNECTICUT DEPARTMENT OF CHILDREN )
AND FAMILIES and )
DARLENE DUNBAR, in her official capacity as )
Commissioner of the Department of Children and )
Families
      DEFENDANTS

April 2, 2007

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 7(e), the undersigned hereby moves the Court for an order permitting the withdrawal of her appearance on behalf of the intervening plaintiff, Jeanne Milstein, Child Advocate. Attorney Christina Ghio has filed an appearance on her behalf.

ORAL ARGUMENT NOT REQUESTED
TESTIMONY NOT REQUIRED