UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF CONNECTICUT

* * * * * * * * * * * * * * * * * * *

W.R., individually and on behalf of her minor son,
JOSEPH R.; SUSAN K.; M.O., individually and on
behalf of her minor son, OMAR S.; and on behalf
of all others similarly situated

    PLAINTIFFS

VS.

CONNECTICUT DEPARTMENT OF CHILDREN
AND FAMILIES, and

DARLENE DUNBAR, in her official capacity as
Commissioner of the Connecticut Department of
Children and Families

    DEFENDANTS

CIV. NO. 302CV429 RNC

May 23, 2007

* * * * * * * * * * * * * * * * * * * * * * * * * * *

### PARTIES' JOINT MOTION FOR CLASS CERTIFICATION PURSUANT TO F.R.C.P. 23(b)(2)

Pursuant to Federal Rule of Civil Procedure 7(b) and Local Rule of Civil Procedure 7(a), and in accordance with F.R.C.P. Rule 23(b)(2), the parties respectfully move this court to certify a class for the purpose of effectuating the settlement of this case.

**ORAL ARGUMENT NOT REQUESTED**

**NO TESTIMONY REQUIRED**

In support of this motion, the parties state the following:

1. After extensive negotiation, the parties to this action reached an agreement in full settlement of this case, subject to the approval of the Connecticut General Assembly. Pursuant to Conn. Gen. Stat. §3-125a, the Attorney General has submitted the agreement to the General Assembly for its approval.

2. Pursuant to this proposed agreement, the parties agree to certify a class defined in paragraph IV of said agreement as follows:

> "[m]entally ill youth and/or youth with serious behavioral issues in the care of DCF whose mental health needs cannot be met in traditional foster home placements or institutions, who are in need of community based placements and/or who have experienced or are at high risk of experiencing, multiple failed placements."

All parties reserve the right to litigate the issue of class certification in the event that the agreement is not finalized and approved by the Connecticut General Assembly and by this court.

3. With permission of the court, the undersigned submits this motion on behalf of all parties, and states that all parties are in agreement and jointly request that this motion be granted. Further, the parties are in agreement and ask the court to find that as this class will be certified under F.R.C.P. 23(b)(2), no further notice to classmembers or opportunity to opt out is required. *5-23 Moore's Federal Practice, §23.100(1) and (5)*.

4. If the agreement receives final approval from the Connecticut General Assembly under Conn. Gen. Stat. §3-125a, classmembers will be notified of the

proposed settlement, pursuant to F.R.C.P. 23(e)(1)(B) and (C)and will have an

opportunity to comment at a fairness hearing to be scheduled by this court.

The parties mutually request that this Motion for Class Certification be GRANTED.

                                          Defendants

                                          RICHARD BLUMENTHAL

                                          ATTORNEY GENERAL

BY: _____/s/_____.
       Susan T. Pearlman
       Assistant Attorney General
       Federal Bar No.  #ct06338
       110 Sherman Street
       Hartford, CT  06l05
       Tel: (860) 808-5480
       Fax: (860) 808-5595

       _____/s/_____
       John E. Tucker
       Assistant Attorney General
       Federal Bar No. #ct04576
       110 Sherman Street
       Hartford, CT  06l05
       Tel: (860) 808-5480
       Fax: (860) 808-5595

## CERTIFICATION

I hereby certify that on May 23, 2007, a copy of the foregoing motion was filed electronically and serviced by mail to the mail addresses listed below on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties and persons by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CNM/ECF System.

_____/s/_____
Susan T. Pearlman

4