```
                UNITED STATES DISTRICT COURT
                  DISTRICT OF CONNECTICUT


W. R., individually and on      :
behalf of her minor son, et al.,:

V.                              :        No. 3:02-CV-429(RNC)

Connecticut Department of       :
Children and Families, et al.,  :
```

ORDER

The parties' joint motion that a class be certified for the purpose of effectuating a settlement of this action (Doc. # 176) is hereby granted.

The settlement class consists of the following persons:

Mentally ill youth and/or youth with serious behavioral issues in the care of the State of Connecticut Department of Children and Families whose mental health needs cannot be met in traditional foster home placements or institutions, who are in need of community based placements and/or who have experienced or are at high risk of experiencing, multiple failed placements.

The claims of the settlement class concern DCF's alleged failure to comply with federal and state laws requiring it to implement policies and procedures designed to ensure that mentally ill youth in its care, either through commitment or voluntarily, have a continuum of placement available to them to enable them to live successfully in the community, when appropriate.

The following members of the bar are appointed to act as class counsel:

Anne Louise Blanchard, Bet Gailor and Catherine L. Williams of Connecticut Legal Services Inc.

It is so ordered this 23rd day of May, 2007.

_____/s/_____
Robert N. Chatigny
United States District Judge