UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| W.R., individually and on behalf of her minor son, JOSEPH R.; SUSAN K.; M.O., individually and on behalf of her minor son, OMAR S.; and on behalf of all others similarly situated, and <br><br>JEANNE MILSTEIN, CHILD ADVOCATE OF THE STATE OF CONNECTICUT <br><br>    PLAINTIFFS <br><br>V. <br><br>CONNECTICUT DEPARTMENT OF CHILDREN AND FAMILIES, and <br><br>DARLENE DUNBAR, in her official capacity as Commissioner of the Connecticut Department of Children and Families, <br><br>    DEFENDANTS | <br><br><br><br><br><br><br><br><br><br>CIV. NO. 302CV429 (RNC) <br><br><br><br><br><br><br><br><br>June 22, 2007 |

## NOTICE OF MANUAL FILING

**Please take notice that the Plaintiffs have manually filed the following documents:**

1) Joint Motion for Preliminary Approval of Settlement Agreement and Class Notice, To Set A Date For Final Fairness Hearing And Final Settlement Approval

2) Joint Brief In Support Of Joint Motion for Preliminary Approval of Settlement Agreement and Class Notice, To Set A Date For Final Fairness Hearing And Final Settlement Approval

These documents have not been filed electronically because the documents exceed the size of 1.5 MB.

The documents have been manually served on all parties.

_____
Anne Louise Blanchard
Connecticut Legal Services
Federal Bar No. ct 08718
Willimantic, Connecticut 06226
Telephone: (860) 456-1761
Fax:: 860 456-7420
e-mail: ablancard@connlegalservices.org

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2007, a copy of the foregoing Notice of Manual Filing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties and persons by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CNM/ECF System.

_____
Anne Louise Blanchard