UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| W.R., individually and on behalf of her minor son, JOSEPH R.; SUSAN K.; M.O., individually and on behalf of her minor son, OMAR S.; and on behalf of all others similarly situated, and<br><br>JEANNE MILSTEIN, CHILD ADVOCATE OF THE STATE OF CONNECTICUT<br><br>PLAINTIFFS<br><br>V.<br><br>The CONNECTICUT DEPARTMENT OF CHILDREN AND FAMILIES<br><br>And<br><br>DARLENE DUNBAR, in her official capacity as Commissioner of the Connecticut Department of Children and Families,<br><br>DEFENDANTS | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) CIV. NO. 302CV429 (RNC)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

June 22, 2007

**JOINT MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AGREEMENT AND CLASS NOTICE, TO SET A DATE FOR A FINAL FAIRNESS HEARING AND FINAL SETTLEMENT APPROVAL**

Pursuant to Fed. R. Civ. P. 23(e), the parties to this action, including the plaintiff class of mentally ill youth in the Care of the Department of Children and Families (DCF), DCF and Susan Hamilton, Commissioner of DCF, substituted in her official

capacity for former Defendant Commissioner Darlene Dunbar, hereby move this Court for an order granting preliminary approval of the Settlement Agreement, approval of the class settlement notice and distribution, for an order establishing a date for the final fairness hearing, and for final approval of the Settlement Agreement.

In support of this motion, the parties state as follows:

1. Following arms' length negotiations, the parties have agreed to a resolution of all claims pleaded against Defendants to this action, set forth in the proposed Settlement Agreement, attached hereto as Exhibit A.

2. The parties believe resolution of this matter through negotiation, rather than further lengthy and expensive adversarial litigation, is in the best interests of both Defendants and the Plaintiff class.

3. The parties believe the proposed settlement of this action includes terms and conditions that are fair, reasonable and adequate.

4. The Settlement Agreement was submitted by the Connecticut Attorney General, Richard Blumenthal, to the Connecticut General Assembly on May 6, 2007. The Settlement Agreement was deemed approved in accordance with Conn. Gen. Stat. §3-125a on June 7th, 2007.

5. The proposed form of notice to class members regarding the settlement, attached hereto as Exhibit B, conforms with the requirements of Fed. R. Civ. P. 23(e)(1)(B). The proposed notice includes a summary description and a more detailed description of the terms and provisions of the Settlement Agreement, indicates the time and

---

1 Due to the status of the current litigation being in settlement, the parties have

place of the final Fairness Hearing, and advises class members regarding how to appear and object to the Settlement Agreement. Upon approval of the settlement notice by the Court, the notice will be translated into Spanish.

6. The parties propose distribution of the notice to class members as follows:

   a. By July 1, 2007, a bilingual (English and Spanish) copy of the Notice and a copy of the summary will be posted prominently on the DCF website, and request for equivalent postings on agency websites will be made by the Defendant Commissioner and/or plaintiffs' counsel to the respective Commissioners of the Connecticut Department of Mental Health and Addiction Services, Department of Mental Retardation, Office of Protection and Advocacy, Office of the Chief Child Protection Attorney, the Office of the Child Advocate, and the State Department of Education.

   b. For the period of August 1, 2007 through July 1, 2010, DCF will provide all new applicants for assistance in the Voluntary Services Program with a bilingual (English and Spanish) summary of the services available under the settlement.

   c. For the period of August 1, 2007 through July 1, 2010, bilingual posters of the services available to class members under the settlement will be provided by Defendant Commissioner and will be prominently displayed in the waiting rooms of all DCF offices.

   d. By August 1, 2007, copies of the services available to class members under

---

substituted Commissioner Hamilton without formal pleading

the settlement will be provide by Defendant Commissioner to all DCF contractors serving members of the Plaintiff class.

7. The parties request the Court set a date for a final fairness settlement hearing for a time convenient to the Court, on or after August 1, 2007 to allow sufficient time for notice to be issued and any objections to the settlement agreement to be filed with the Court.

WHEREFORE, the parties request entry of an order preliminarily approving the settlement, utilizing the draft order attached hereto as Exhibit C, or in such other form as the Court deems appropriate.

Plaintiffs, by

*/s/ Anne Louise Blanchard*
Anne Louise Blanchard
Litigation Director
Federal Bar No. ct09328
Connecticut Legal Services, Inc
872 Main St., PO Box 258
Willimantic, CT 06226
(860) 456-1761 x.109
(860) 456-7420 (fax)
ablanchard@connlegalservices.org

Defendants, by:
Attorney Susan Pearlman
Federal Bar No. ct06338
Office of the Attorney General
MacKenzie Hall, 110 Sherman Street
Hartford, CT 06105
Tel: 860-808-5480; fax 860-808-5595
e-mail: susan.pearlman@po.state.ct.us