UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| W.R., individually and on behalf of her minor son, JOSEPH R.; SUSAN K.; M.O., individually and on behalf of her minor son, OMAR S.; and on behalf of all others similarly situated, and <br><br> JEANNE MILSTEIN, CHILD ADVOCATE OF THE STATE OF CONNECTICUT <br><br>   PLAINTIFFS <br><br> V. <br><br> The CONNECTICUT DEPARTMENT OF CHILDREN AND FAMILIES <br><br> And <br><br> DARLENE DUNBAR, in her official capacity as Commissioner of the Connecticut Department of Children and Families, <br><br>   DEFENDANTS | CIV. NO. 302CV429 (RNC) |

June 27, 2007

## ORDER

WHEREAS the parties in this matter have reached an agreement to settle this lawsuit, subject to approval of the court pursuant to Fed. R. Civ. P. 23(e), the court has read and considered the Settlement Agreement signed by the parties and setting forth the terms and conditions of the proposed settlement, attached as Exhibit A to their "Joint Motion for Preliminary Approval of Settlement Agreement and Class Notice, and to Set a Date for a Final Fairness Hearing," and the parties to the

Settlement Agreement have consented to the entry of this Order,

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. The terms of the Settlement Agreement are preliminarily approved. The court will hold a final settlement hearing pursuant to Fed. R. Civ. P. 23(e) on August 8, 2007, at 9:00 a.m. in Courtroom 3, Annex, in the Federal District Courthouse in Hartford, Connecticut, to determine whether the terms of the Settlement Agreement are fair, reasonable and adequate and should be approved by the court, and to rule on such other matters as the court deems appropriate.

2. The court approves, as to form and content, the proposed notice attached as Exhibit B to "Joint Motion for Preliminary Approval of Consent Decree and Class Notice, and to Set a Date for a Final Fairness Hearing."

3. The notice shall be distributed as follows:

    a. By July 9, 2007, a bilingual (English and Spanish) copy of the Notice and a copy of the summary will be posted prominently on the DCF website, and request for equivalent postings on agency websites will be made by the Defendant Commissioner and/or plaintiffs' counsel to the respective Commissioners of the Connecticut Department of Mental Health and Addiction Services, Department of Mental Retardation, Office of Protection and Advocacy, Office of the Chief Child Protection Attorney, the Office of the Child Advocate, and the State Department of Education.

    b. For the period of August 1, 2007 through July 1, 2010, DCF will provide

all new applicants for assistance in the Voluntary Services Program with a bilingual (English and Spanish) summary of the services available from the settlement to class members.

c. For the period of August 1, 2007 through July 1, 2010, bilingual posters of the services available from the settlement to class members will be provided by Defendant Commissioner and will be prominently displayed in the waiting rooms of all DCF offices.

d. By August 1, 2007, bilingual copies of the summaries of services available from the settlement to class members will be provided by Defendant Commissioner to all DCF contractors serving members of the Plaintiff class to assist the contractors in disseminating the information to the class.

4. The court finds that distribution of the notice in accordance with paragraph 3 is reasonable and constitutes due and sufficient notice to the class.

5. Any class member or his/her authorized representatives may appear at the final settlement hearing to show cause why the proposed Settlement Agreement should not be approved as fair, reasonable and adequate, provided he or she submits a written notice of objection, sent by first class mail to Clerk, United States District Court, District of Connecticut, 450 Main Street, Hartford, Connecticut 06103, and postmarked no later than July 25, 2007, 14 days prior to the final settlement hearing, as provided in the notice to class members. Any class member who does not make his/her objection in the manner provided herein shall be deemed to have waived such objection and shall forever be foreclosed from being heard at the

final settlement hearing to seek exclusion from the class or to make objection to the fairness, reasonableness or adequacy of the Settlement Agreement, unless otherwise ordered by the court.

6. The parties may submit additional materials in support of the final approval of the Settlement Agreement at least seven days prior to the final settlement hearing.

7. The court may continue or adjourn the date and time of the final settlement hearing without further notice to the class.

8. The court may approve and enter the Settlement Agreement, with or without modifications, without further notice to the class.

Dated and entered this _____ day of _____, 2007.

_____
Robert N. Chatigny, Judge