UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| W.R., individually and on behalf of her minor son, JOSEPH R.; SUSAN K.; M.O., individually and on behalf of her minor son, OMAR S.; and on behalf of all others similarly situated, and <br><br> JEANNE MILSTEIN, CHILD ADVOCATE OF THE STATE OF CONNECTICUT <br><br> PLAINTIFFS <br><br> V. <br><br> CONNECTICUT DEPARTMENT OF CHILDREN AND FAMILIES, and <br><br> Darlene Dunbar, Commissioner of the Connecticut Department of Children and Families, <br><br> DEFENDANTS | CIV. NO. <br> 302 CV 429(RNC) <br><br> April 18, 2007 |

**SETTLEMENT AGREEMENT**

**I. Introduction**

A. This Settlement Agreement is made by and between the plaintiffs, defendants, proposed intervenor plaintiffs and proposed joinder plaintiffs in: *W.R., individually and on behalf of her minor son, Joseph R; Susan K; M.O., individually and on behalf of her minor son, Omar S.; and on behalf of all others similarly situated* v. *Connecticut Department of Children and Families and Darlene F. Dunbar, in her official capacity as Commissioner of the Department of Children and*

August 8, 2007.  Approved.  So ordered.
Robert N. Chatigny, U.S.D.J.